# EXHIBIT A

## Meinwald Report's rebuttal of Bartlett Report

| Bartlett Report | Rebuttal in Meinwald Report |
|---|---|
| ¶¶132-135: "AstraZeneca scientists published the results of clinical studies demonstrating that the bioavailability and effectiveness of omeprazole can vary significantly between individuals.  Even by 1987, studies of the pharmacokinetics and pharmacodynamics (PK/PD) of omeprazole indicated that variability between individuals in how they respond to the drug ("inter-individual variability") could pose a significant clinical challenge for its use. . . . Further, it was found that omeprazole is primarily metabolized in the liver by the cytochrome P450 (CYP) enzyme CYP2C19. The enzyme, however, is expressed polymorphically; that is, some individuals lack a functioning CYP2C19 enzyme. These poor metabolizers ("PMs") clear omeprazole much more slowly from their bloodstream and as a consequence experience much higher plasma concentrations for a longer period of time than do the average or "extensive metabolizers" ("EMs"). . . .  Second, while the benzimidazole sulfoxide PPIs such as omeprazole were known to be potent and effective, the fact that they inhibit the H+/K+-ATPase covalently and irreversibly was a cause for concern.  Specifically, as described by Dr. Tracy, there were concerns that the gastric acid inhibiting properties of PPIs could potentially lead to virtual anacidity, hyperplasia, and hypergastrienmia.  See Tracy Rep. at ¶ 112. . . .  In short, it became clear that omeprazole, and indeed other irreversible PPIs that act by the same mechanism as omeprazole, were not ideal drugs and that further work to identify improved agents for the treatment of gastric acid related diseases was still warranted." | ¶34: "Omeprazole (sold under the commercial brand names *Losec* and *Prilosec*) proved to be both a medical and commercial success. Nevertheless, it did not prove effective for all patients suffering from hyperacidity and, like any other medication, it was not without side effects (referred to in Bartlett paragraphs 132, 133, 134 and 135).  AstraZeneca scientists and executives were therefore strongly motivated to improve on racemic omeprazole, both in order to find a more effective, safer treatment for excessive stomach acid production and in order to contribute as much as possible to corporate earnings when omeprazole's patent protection would expire." |

| Bartlett Report | Rebuttal in Meinwald Report |
|---|---|
| ¶¶136-140: "As the above sections make clear, the person of ordinary skill in the art who sought an improved treatment for gastric acid-related disorders as of May 1993 faced a multitude of choices in deciding how to proceed. . . . Accordingly, if tasked with finding a drug with improved potency and pharmacokinetic properties relative to omeprazole and other state of the art PPIs, the person of skill in the art would have investigated other promising targets and classes of compounds or, within the class of benzimidazole sulfoxide PPIs like omeprazole, considered making analogs with different chemical structures. As I make clear below, exploring enantiomers generally and omeprazole enantiomers in particular would not have been considered a promising approach.<br><br>¶185: "As discussed, the person of ordinary skill in the art would have had to select among many options at several steps along the way before having to decide what chemical modifications to make to a pyridylmethylsulfinyl-1H-benzimidazole PPI in the search for an improved drug. In order to arrive at such a compound as the starting point in this search, this person would have had to follow a decision tree like that illustrated below:<br>*(cont.)* | ¶35: Rebuts Bartlett ¶¶136-140, 185 by stating: "There are, in fact, many ways that improvements over racemic omeprazole might be sought. Dr. Bartlett's expert report provides us with a summary of how an improved medication might be discovered. These include (1) searching for new *irreversible* PPIs (i.e., other compounds acting by the same irreversible enzyme binding mechanism as omeprazole); (2) searching for *reversible* PPIs (in order to remove the concern over unwanted effects resulting from the irreversible enzyme inhibition characteristic of omeprazole); (3) searching for chemical agents which could block the action of the neurotransmitter acetylcholine on receptors involved in acid secretion; (4) searching for inhibitors of the gastrin receptor, which reduces gastric acid secretion along with other physiological effects; (5) searching for drugs which would not act by reducing acid production at all, but would protect the lining of the gastrointestinal tract from the effects of contact with acid. All of these strategies would make sense to a "person of ordinary skill in the art" (a "POSA"), and their pursuit could well lead to the discovery of new and novel chemical entities with both medical and commercial promise. Of course, research of the type needed to pursue any of these strategies can be both slow and expensive. The discovery of a "quick fix" would be highly unlikely, and any POSA would know this. Nevertheless, such long-range research would be worthwhile for AstraZeneca as well as for any of its competitors." |

| Bartlett Report | Rebuttal in Meinwald Report |
|---|---|
| <br><br>[] The simple fact that every branch in this map was being followed by medicinal chemists in 1993 makes it clear that no class of compounds was an obvious starting point in the search for a new drug. | |
| ¶140: "As I make clear below, exploring enantiomers generally and omeprazole enantiomers in particular would not have been considered a promising approach. | ¶¶36-39: "There is another approach to finding an improved drug for these gastrointestinal difficulties, however, hiding in plain sight, which would be obvious to a POSA concerned with this problem.  It is one that Dr. Bartlett rejects (in his paragraph 140 and the following exposition), although it offers the most obvious and direct possible solution to the problem.  In my opinion, this solution, which derives from the fact that omeprazole is not a single chemical species but rather a 1:1 racemic mixture of two stereoisomeric species (the "mirror-image" or "enantiomeric" species) designated as S–omeprazole and R–omeprazole, each as a mixture of taulomers, as previously discussed) would certainly occur to any POSA. . . .  In my opinion, since it is well-known to any POSA that the biological properties of the individual enantiomer of an organic compound can be quite different from one another, it is obvious that the properties of the enantiomers making up the drug omeprazole, would be important to study |

| Bartlett Report | Rebuttal in Meinwald Report |
|---|---|
|  | individually. Clearly, neither steroisomer could turn out to be dangerously toxic (since each enantiomer already makes up half of the active material in all the millions of omeprazole doses that patients have been taking over the years). But the physiological effects of each stereoisomeric form could certainly differ, and a POSA would want to know what the differences might be, and whether such a difference might be the basis for an improved drug. |
| ¶¶141-146: "Even if, out of the many alternative targets and chemical classes, the person of ordinary skill in the art were to select the molecular framework of the benzimidazole sulfoxides PPIs as the starting point for an improved drug, there remained a multitude of structural and functional modifications that could be considered. . . . Against this background of possibilities, in my opinion one of the options that the person of ordinary skill in the art would *not* have considered promising to pursue would be separation of the enantiomers of a benzimidazole sulfoxide PPI such as omeprazole. . . . In the absence of any expectation that one of the omeprazole enantiomers would be better than the other, the significant chemical challenges and cost considerations to be addressed in developing one as a drug would further dissuade a person of ordinary skill in the art from pursuing their separation." | ¶¶40-44: Rebuts Bartlett ¶¶141-146 by stating: "Dr. Bartlett argues against this undertaking being obvious, and I strongly disagree with him in this matter, based on the arguments given above. The omeprazole case is particularly interesting, since there is evidence (discussed in the Bartlett report paragraphs 31, 32, 33, 34) that omeprazole itself is really a "prodrug," meaning that once it is administered, it undergoes several chemical changes before it is transformed into the actual proton pump inhibitor. . . . It is in part because of the necessity of passing successfully through so many different steps that the biological effects of any compound cannot possibly be accurately predicted. And in the absence of being able to predict a compound's biological activity, actual *in vivo* as well as *in vitro* experiments are absolutely essential. Dr. Bartlett states that a POSA would not undertake this line of research (requiring the preparation and evaluation of omeprazole's individual enantiomers) because "in the absence of any expectation that one of the omeprazole enantiomers would be better than the other, the significant chemical challenges and cost considerations to be addressed in developing one as a drug would further dissuade a person of ordinary skill in the art from pursuing their separation." (Bartlett report, paragraph 146). Bartlett further points out that "Because the omeprazole enantiomers were understood and demonstrated to have the |

| Bartlett Report | Rebuttal in Meinwald Report |
|---|---|
| | same activity as racemic omeprazole, there was simply no reason to pursue them further." (Bartlett report, paragraph 145).  However, given that racemic omeprazole has been a successful drug, and that it consists of a 1:1 mixture of each of the omeprazole enantiomers (and given that the AstraZeneca laboratories had extensive first-hand knowledge of omeprazole-related chemistry and biology), it is my opinion that an AstraZeneca chemist or any other POSA would be strongly motivated to investigate the individual omeprazole enantiomers, *even though some publications suggested that they would prove to be identical in behavior.*  Not to do so would, in my opinion, violate an important principle of scientific research, which is not to blindly accept any [] report that is based on an incomplete or poorly understood theory, and not to believe that if another research group has failed to obtain a desired result, that obtaining this result must be impossible. . . . In my opinion, any POSA interested in improving on the performance of racemic omeprazole would find it obvious that the individual omeprazole enantiomers needed to be prepared and carefully examined.  The undertaking is hardly a novel, unusual, or impractical idea.  There are many ways to obtain the individual enantiomers of an organic compound, some of which go all the way back to the early research of Louis Pasteur. . . . Much trial and error is involved in this sort of research, but success requires care and persistence more than originality and inventiveness.  It is exactly the sort of work that a POSA would expect to be able to do successfully.  One of the motivations for a POSA to study the preparation and biological properties of the omeprazole enantiomers would be a desire to discover whether giving a single omeprazole enantiomer to patients suffering from gastric acid production-related diseases might actually be more beneficial for |

| Bartlett Report | Rebuttal in Meinwald Report |
|---|---|
|  | the patients than administering a racemic mixture of omeprazole enantiomers whose individual medicinal properties were unknown." |