December 2, 2013

**BY ECF**

Honorable William G. Young
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Courtroom 18, 5thFloor
Boston, MA 02210

    Re:    ***In Re: Nexium (Esomeprazole Magnesium) Antitrust Litigation***
              MDL No. 2409, Case No. 1:12-md-02409

Dear Judge Young,

      Defendants filed this morning a request that we modify the proposed class notice in a few instances to include the word "allegedly." We have no objection to doing this and have enclosed with this letter, as Exhibit A, a copy of the corrected notice, highlighted to show the revisions.

      For reasons previously stated (ECF Nos. 465, 522, and 557), we respectfully request that the Proposed Form of Notice and notice plan be approved immediately to ensure participation of the Class in the March 3, 2014 trial.

                                    Respectfully Submitted,

                                    /s/ Nathaniel L. Orenstein
                                  Glen DeValerio (BBO #122010)
                                  Nathaniel L. Orenstein (BBO #664513)
                                  BERMAN DeVALERIO
                                  One Liberty Square
                                  Boston, MA  02109
                                  Tel: (617) 542-8300
                                  Fax: (617) 542-1194
                                  gdevalerio@bermandevalerio.com
                                  norenstein@bermandevalerio.com

Todd A. Seaver (BBO #645874)
BERMAN DeVALERIO
One California Street, Suite 900 San Francisco, CA 94111
Tel: (415) 433-3200
Fax: (415) 433-6382
tseaver@bermandevalerio.com

*Liaison Counsel for the End-Payor Class*

Steve D. Shadowen
HILLIARD & SHADOWEN LLC
39 West Main Street
Mechanicsburg, PA 17055
Tel: (855) 344-3298
steve@hilliardshadowenlaw.com

Anne Fornecker
Daniel Gonzales
HILLIARD & SHADOWEN LLC
919 Congress Ave., Suite 1325
Austin, TX 78701
Tel: (512) 851-8990
anne@hilliardshadowenlaw.com
daniel@hilliardshadowenlaw.com

Kenneth A. Wexler
Bethany R. Turke
Justin N. Boley
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wexlerwallace.com
brt@wexlerwallace.com
jnb@wexlerwallace.com

Honorable William G. Young
December 2, 2013
Page 3

        J. Douglas Richards
        Sharon K. Robertson
        COHEN MILSTEIN SELLERS & TOLL, PLLC
        88 Pine Street, 14th Floor
        New York, New York 10005
        Tel: (212) 838-7797
        Fax: (212) 838-7745
        drichards@cohenmilstein.com
        srobertson@cohenmilstein.com

        Jayne A. Goldstein
        POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP
        1792 Bell Tower Lane
        Suite 203
        Weston, FL 33326
        Tel: 954-315-3454
        Fax: 954-315-3455
        jagoldstein@pomlaw.com

        *Co-Lead Counsel for the End-Payor Class*

**CERTIFICATE OF SERVICE**

I, Nathaniel L. Orenstein, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 2, 2013:

/s/ *Nathaniel L. Orenstein*
Nathaniel L. Orenstein