# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re: Nexium (Esomeprazole Magnesium) Antitrust Litigation*<br><br>This Document Relates to:<br><br>All Direct Purchaser Actions<br><br>*Walgreen Co., et al. v. AstraZeneca AB, et al.*, No. 13-cv-10337 (WGY)<br><br>*Giant Eagle, Inc. v. AstraZeneca LP, et al.*, No. 13-cv-11305 (WGY)<br><br>*Rite Aid Corp., et al. v. AstraZeneca AB, et al.*, No. 13-cv-12074 (WGY) | MDL No. 2409<br><br>Civil Action No. 1:12-md-02409-WGY |

**ASTRAZENECA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST DIRECT PURCHASER PLAINTIFFS FOR LACK OF ACTUAL INJURY AND TO EXCLUDE DIRECT PURCHASER PLAINTIFFS' EXPERTS' DAMAGES OPINIONS**

Pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 56.1, Defendants AstraZeneca LP, AstraZeneca AB, and Aktiebolaget Hassle (collectively, "AstraZeneca") hereby move for summary judgment on the Direct Purchasers' Consolidated Amended Complaint and Demand for Jury Trial [Dkt. No. 131] and the Amended Complaint and Demand for Jury Trial filed by each of the Retailer Plaintiffs[1] [Dkt. Nos. 515, 516, 517] (collectively, the "Direct Purchasers"). For the reasons set forth in the accompanying memorandum, the Court should grant summary judgment in AstraZeneca's favor because none of the Direct Purchasers has evidence that it suffered an actual injury, as the Constitution and the Clayton's Act require. In addition, the proposed expert testimony of Raymond Hartman and Keith Leffler relating to

---

[1] Walgreen Co., The Kroger Co., Safeway Inc., Supervalu Inc. and HEB Grocery Company LP; Rite Aid Corp., Rite Aid Hdqtrs. Corp., JCG (PJC) USA, LLC, Maxi Drug, Inc. d/b/a Brooks Pharmacy and Eckerd Corporation; and Giant Eagle, Inc.

damages should be excluded pursuant to Federal Rules of Civil Procedure 702 and *Daubert v.*

*Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

WHEREFORE, the AstraZeneca Defendants respectfully request that this Court (1) enter

summary judgment in AstraZeneca's favor on the Direct Purchasers' Consolidated Amended

Complaint and Demand for Jury Trial; and (2) exclude expert testimony from Drs. Hartman and

Leffler relating to damages.

<u>**REQUEST FOR ORAL ARGUMENT**</u>

Pursuant to the Court's Order [Dkt. No. 494], AstraZeneca respectfully requests that the

Motion be set for argument on January 21, 2014.

Dated:  December 10, 2013                          Respectfully submitted,


/s/ Dane H. Butswinkas
_____

Dane H. Butswinkas (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Paul B. Gaffney (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Ph: 202-434-5000
Fax: 202-434-5029
DButswinkas@wc.com
JSchmidtlein@wc.com
PGaffney@wc.com

Timothy C. Hester (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Ph: 202-662-6000
Fax: 202-662-6291
thester@cov.com

William A. Zucker, Esq., BBO # 541240
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
Ph: 617-449-6500
Fax: 617-607-9200
wzucker@mccarter.com

Michael P. Kelly (*pro hac vice*)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Ph: 302-984-6301
Fax: 302-984-2493
mkelly@mccarter.com

*Counsel for AstraZeneca LP, AstraZeneca
AB, and Aktiebolaget Hassle*

## **LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1, I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs, who do not assent to the relief requested herein.

/s/ Dane H. Butswinkas
Dane H. Butswinkas

## **CERTIFICATE OF SERVICE**

I, James H. Weingarten, hereby certify that this document was electronically filed and served using the Court's ECF system on December 10, 2013.

/s/ James H. Weingarten
James H. Weingarten