# Exhibit 43

CONFIDENTIAL

## Appendix 3:  Nexium Manufacturing Costs

**Nexium Drug Substance, Produced at Dunkerque (USD per kg)**

|  | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|
| Raw materials | 153.04 | 122.67 | 99.31 | 83.25 |
| Labor and overhead | 445.47 | 342.82 | 274.62 | 266.91 |
| Depreciation | 95.81 | 156.91 | 146.67 | 146.68 |
| Full manufacturing cost | 694.32 | 622.40 | 520.61 | 496.83 |
| Reversal of depreciation | -95.81 | -156.91 | -146.67 | -146.68 |
| Cost of capital | 477.17 | 360.64 | 353.59 | 369.55 |
| Transport costs & central OHs | 21.58 | 19.16 | 17.24 | 24.14 |
| Transfer price | 1097.25 | 845.30 | 744.76 | 743.86 |
|  |  |  |  |  |
| Rate of exchange USD/EUR | 1.13 | 1.13 | 1.15 | 1.315 |

**Nexium 40 mg Capsules, Produced at Merck (USD per 1,000)**

|  | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|
| Drug substance, at transfer price from AstraZeneca | 56 | 42 | 37 | 37 |
| Formulation costs at Merck | 71 | 85 | 76 | 81 |
| Total cost of formulated capsules | 127 | 127 | 113 | 118 |

**Nexium 40 mg Capsules, Produced at AstraZeneca (USD per 1,000)**

|  | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|
| Drug substance, at transfer price | 56 | 42 | 37 | 37 |
| Other materials, labor and overhead | 22 | 20 | 16 | 18 |
| Depreciation | 5 | 4 | 3 | 3 |
| Full manufacturing cost, based on Dunkerque transfer price | 84 | 66 | 57 | 58 |
| Reversal of depreciation | -5 | -4 | -3 | -3 |
| Cost of capital, Sweden | 31 | 18 | 21 | 17 |
| Transport costs & central OHs | 3 | 3 | 3 | 3 |
| Formulation costs at AstraZeneca, at transfer price | 56 | 41 | 40 | 37 |
| Total cost of formulated capsules | 112 | 83 | 78 | 74 |
|  |  |  |  |  |
| Rate of exchange SEK/USD | 7.82 | 7.82 | 7.82 | 7.00 |

**NOTE:**  Totals may not add due to rounding.