# EXHIBITS 1-3

Pursuant to the December 10, 2013 Order (Dkt.583) allowing the Joint Motion for Filing of Certain Materials on the Public Docket in Connection with the Parties' Motions for Summary Judgment and *Daubert* Motions (Dkt. 579), these documents are not being filed publicly at this time.