# EXHIBIT D

| | |
|---|---|
| **From:** | Markowska, Marta A. <MAMarkowska@Venable.com> |
| **Sent:** | Monday, December 02, 2013 3:40 PM |
| **To:** | 'pkohn@faruqilaw.com'; Stuart DesRoches; Chris Letter; Thomas Sobol; David Nalven; 'David F. Sorensen (dsorensen@bm.net) (dsorensen@bm.net)'; 'Bruce Gerstein (BGERSTEIN@garwingerstein.com)'; ''JOPPER@garwingerstein.com' (JOPPER@garwingerstein.com)'; 'gdevalerio@bermandevalerio.com'; Todd Seaver; 'drichards@cohenmilstein.com'; 'srobertson@cohenmilstein.com'; jagoldstein@pomlaw.com; 'nfinkelman@sfmslaw.com'; 'jshah@sfmslaw.com'; 'steve@hilliardshadowenlaw.com'; Kenneth Wexler; 'eaw@wexlerwallace.com'; 'dmg@wexlerwallace.com'; 'jnb@wexlerwallace.com'; Donna Evans; Kristen Johnson; Scott Perwin (sperwin@kennynachwalter.com); 'Moira Cain-Mannix' (cain-mannix@marcus-shapira.com) |
| **Cc:** | 'jschmidtlein@wc.com'; ''Karen Walker' (karen.walker@kirkland.com) (karen.walker@kirkland.com)'; 'Rebecca A. Koch (rebecca.koch@kirkland.com) (rebecca.koch@kirkland.com)'; 'Kevin D. McDonald (kdmcdonald@jonesday.com)'; kdmcdonald@jonesday.com; 'Jonathan Berman'; 'Andrew Miller'; Lazerow, Andrew; Gimblett, Jonathan; Fales, Lisa Jose; Foley, Danielle R.; Choi, Sarah |
| **Subject:** | In re Nexium (Esomeprazole) Antitrust Litigation |
| **Attachments:** | Logo |

Dear Counsel,

Please use the below FTP site to download Ranbaxy's ██████████████████████████████████
██    The documents are bates labeled RAN-ESM 0774202 – 793445 and have been designated as CONFIDENTIAL-ATTORNEYS' EYES ONLY pursuant to the protective order.

Best,
Marta Markowska, Paralegal

**Secure File Transfer Service**



1



*****************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication
(including any attachments) was not intended or written to be used,
and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue
Code or by any other applicable tax authority; or (b) promoting, marketing or
recommending to another party any tax-related matter addressed herein. We provide this
disclosure on all outbound e-mails to assure compliance with new standards of
professional practice, pursuant to which certain tax advice must satisfy requirements as to
form and substance.
********************************************************************
********************************************************************
This electronic mail transmission may contain confidential or privileged information. If
you believe you have received this message in error, please notify the sender by reply
transmission and delete the message without copying or disclosing it.
********************************************************************