# EXHIBIT H

| From: | Chris Letter |
|---|---|
| To: | "Foley, Danielle R."; "Choi, Sarah"; "Schoen, Laurence"; "JSchmidtlein@wc.com"; "donnae@hbsslaw.com"; "Sisitsky, Adam"; "amiller@buddlarner.com"; "abass@cov.com"; "Baldridge, J. Douglas"; "jlefkowitz@kirkland.com"; "JBerman@jonesday.com"; "JGimblett@cov.com"; "kwalker@kirkland.com"; "katie.einspanier@kirkland.com"; "kdmcdonald@jonesday.com"; "leslie.su@minervalawpc.com"; "Fales, Lisa Jose"; "nallen@mccarter.com"; "rebecca.koch@kirkland.com"; "thester@cov.com"; "wzucker@mccarter.com"; "alazerow@cov.com" |
| Cc: | "Tom@hbsslaw.com"; "anne@hilliardshadowenlaw.com"; "dcg@girardgibbs.com"; "daniel@hilliardshadowenlaw.com"; "chc@girardgibbs.com"; "gdevalerio@bermandevalerio.com"; "drichards@cohenmilstein.com"; "jagoldstein@pomlaw.com"; "jnb@wexlerwallace.com"; "kaw@wexlerwallace.com"; "steve@hilliardshadowenlaw.com"; "aneill@knpa.com"; "marcus@marcus-shapira.com"; "cain-mannix@marcus-shapira.com"; "dpatton@knpa.com"; "jmarcus@marcus-shapira.com"; "sep@kennynachwalter.com"; "atamoshunas@tcllaw.com"; "btaus@tcllaw.com"; "bgerstein@garwingerstein.com"; "dsimons@bm.net"; "dsorensen@bm.net"; "davidn@hbsslaw.com"; "ccoslett@bm.net"; "nurban@bm.net"; "dgermaine@vaneklaw.com"; "echan@garwingerstein.com"; "egerstein@garwingerstein.com"; "jopper@garwingerstein.com"; "kristenj@hbsslaw.com"; Stuart DesRoches; "Peter Kohn (pkohn@faruqilaw.com)"; "Sarah Westby (swestby@faruqilaw.com)" |
| Subject: | RE: In re Nexium |
| Date: | Thursday, July 17, 2014 11:26:00 AM |

Danielle:

Please use the following number for our upcoming conference at 3:30, EST:

512-305-4600, 62369#.

Thanks,
chris

Chris Letter
Odom & Des Roches, LLP
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Sender's email: cletter@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLP immediately at (504) 522-0077 or by return email.

**From:** Chris Letter
**Sent:** Tuesday, July 15, 2014 1:27 PM
**To:** 'Foley, Danielle R.'; Choi, Sarah; 'Schoen, Laurence'; 'JSchmidtlein@wc.com';
'donnae@hbsslaw.com'; Sisitsky, Adam; 'amiller@buddlarner.com'; 'abass@cov.com'; Baldridge, J.
Douglas; 'jlefkowitz@kirkland.com'; 'JBerman@jonesday.com'; 'JGimblett@cov.com';
'kwalker@kirkland.com'; 'katie.einspanier@kirkland.com'; 'kdmcdonald@jonesday.com';
'leslie.su@minervalawpc.com'; Fales, Lisa Jose; 'nallen@mccarter.com'; 'rebecca.koch@kirkland.com';
'thester@cov.com'; 'wzucker@mccarter.com'; 'alazerow@cov.com'
**Cc:** 'Tom@hbsslaw.com'; 'anne@hilliardshadowenlaw.com'; 'dcg@girardgibbs.com';
'daniel@hilliardshadowenlaw.com'; 'chc@girardgibbs.com'; 'gdevalerio@bermandevalerio.com';
'drichards@cohenmilstein.com'; 'jagoldstein@pomlaw.com'; 'jnb@wexlerwallace.com';
'kaw@wexlerwallace.com'; 'steve@hilliardshadowenlaw.com'; 'aneill@knpa.com'; 'marcus@marcus-
shapira.com'; 'cain-mannix@marcus-shapira.com'; 'dpatton@knpa.com'; 'jmarcus@marcus-shapira.com';
'sep@kennynachwalter.com'; 'atamoshunas@tcllaw.com'; 'btaus@tcllaw.com';
'bgerstein@garwingerstein.com'; 'dsimons@bm.net'; 'dsorensen@bm.net'; 'davidn@hbsslaw.com';

'ccoslett@bm.net'; 'nurban@bm.net'; 'dgermaine@vaneklaw.com'; 'echan@garwingerstein.com';
'egerstein@garwingerstein.com'; 'jopper@garwingerstein.com'; 'kristenj@hbsslaw.com'; Stuart
DesRoches; Peter Kohn (pkohn@faruqilaw.com); Sarah Westby (swestby@faruqilaw.com)
**Subject:** RE: In re Nexium

3:30 works for us, Danielle. I'll circulate a number before the call.

Take care,
chris

Chris Letter
Odom & Des Roches, LLP
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Sender's email: cletter@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal
may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are
neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the
intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is
prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLP
immediately at (504) 522-0077 or by return email.

---

**From:** Foley, Danielle R. [mailto:DRFoley@Venable.com]
**Sent:** Tuesday, July 15, 2014 12:58 PM
**To:** Chris Letter; Choi, Sarah; 'Schoen, Laurence'; 'JSchmidtlein@wc.com'; 'donnae@hbsslaw.com';
Sisitsky, Adam; 'amiller@buddlarner.com'; 'abass@cov.com'; Baldridge, J. Douglas;
'jlefkowitz@kirkland.com'; 'JBerman@jonesday.com'; 'JGimblett@cov.com'; 'kwalker@kirkland.com';
'katie.einspanier@kirkland.com'; 'kdmcdonald@jonesday.com'; 'leslie.su@minervalawpc.com'; Fales, Lisa
Jose; 'nallen@mccarter.com'; 'rebecca.koch@kirkland.com'; 'thester@cov.com'; 'wzucker@mccarter.com';
'alazerow@cov.com'
**Cc:** 'Tom@hbsslaw.com'; 'anne@hilliardshadowenlaw.com'; 'dcg@girardgibbs.com';
'daniel@hilliardshadowenlaw.com'; 'chc@girardgibbs.com'; 'gdevalerio@bermandevalerio.com';
'drichards@cohenmilstein.com'; 'jagoldstein@pomlaw.com'; 'jnb@wexlerwallace.com';
'kaw@wexlerwallace.com'; 'steve@hilliardshadowenlaw.com'; 'aneill@knpa.com'; 'marcus@marcus-
shapira.com'; 'cain-mannix@marcus-shapira.com'; 'dpatton@knpa.com'; 'jmarcus@marcus-shapira.com';
'sep@kennynachwalter.com'; 'atamoshunas@tcllaw.com'; 'btaus@tcllaw.com';
'bgerstein@garwingerstein.com'; 'dsimons@bm.net'; 'dsorensen@bm.net'; 'davidn@hbsslaw.com';
'ccoslett@bm.net'; 'nurban@bm.net'; 'dgermaine@vaneklaw.com'; 'echan@garwingerstein.com';
'egerstein@garwingerstein.com'; 'jopper@garwingerstein.com'; 'kristenj@hbsslaw.com'; Stuart
DesRoches; Peter Kohn (pkohn@faruqilaw.com); Sarah Westby (swestby@faruqilaw.com)
**Subject:** RE: In re Nexium

Chris – We are not available Thursday morning.  We can do the call later that day at 3:30
or 4.  Let me know if that works for you.

Thanks,
Danielle

---

**From:** Chris Letter [mailto:cletter@odrlaw.com]
**Sent:** Tuesday, July 15, 2014 12:49 PM
**To:** Foley, Danielle R.; Choi, Sarah; 'Schoen, Laurence'; 'JSchmidtlein@wc.com'; 'donnae@hbsslaw.com';
Sisitsky, Adam; 'amiller@buddlarner.com'; 'abass@cov.com'; Baldridge, J. Douglas;
'jlefkowitz@kirkland.com'; 'JBerman@jonesday.com'; 'JGimblett@cov.com'; 'kwalker@kirkland.com';

'katie.einspanier@kirkland.com'; 'kdmcdonald@jonesday.com'; 'leslie.su@minervalawpc.com'; Fales, Lisa Jose; 'nallen@mccarter.com'; 'rebecca.koch@kirkland.com'; 'thester@cov.com'; 'wzucker@mccarter.com'; 'alazerow@cov.com'
**Cc:** 'Tom@hbsslaw.com'; 'anne@hilliardshadowenlaw.com'; 'dcg@girardgibbs.com'; 'daniel@hilliardshadowenlaw.com'; 'chc@girardgibbs.com'; 'gdevalerio@bermandevalerio.com'; 'drichards@cohenmilstein.com'; 'jagoldstein@pomlaw.com'; 'jnb@wexlerwallace.com'; 'kaw@wexlerwallace.com'; 'steve@hilliardshadowenlaw.com'; 'aneill@knpa.com'; 'marcus@marcus-shapira.com'; 'cain-mannix@marcus-shapira.com'; 'dpatton@knpa.com'; 'jmarcus@marcus-shapira.com'; 'sep@kennynachwalter.com'; 'atamoshunas@tcllaw.com'; 'btaus@tcllaw.com'; 'bgerstein@garwingerstein.com'; 'dsimons@bm.net'; 'dsorensen@bm.net'; 'davidn@hbsslaw.com'; 'ccoslett@bm.net'; 'nurban@bm.net'; 'dgermaine@vaneklaw.com'; 'echan@garwingerstein.com'; 'egerstein@garwingerstein.com'; 'jopper@garwingerstein.com'; 'kristenj@hbsslaw.com'; Stuart DesRoches; Peter Kohn (pkohn@faruqilaw.com); Sarah Westby (swestby@faruqilaw.com)
**Subject:** RE: In re Nexium

Danielle:

Are you available to meet and confer over this issue on Thursday at 10 a.m., EST? Please let me know as soon as possible. Thanks.

Sincerely,

Chris Letter
Odom & Des Roches, LLP
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Sender's email: cletter@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLP immediately at (504) 522-0077 or by return email.

**From:** Foley, Danielle R. [mailto:DRFoley@Venable.com]
**Sent:** Friday, July 11, 2014 9:43 AM
**To:** Chris Letter; Choi, Sarah; 'Schoen, Laurence'; 'JSchmidtlein@wc.com'; 'donnae@hbsslaw.com'; Sisitsky, Adam; 'amiller@buddlarner.com'; 'abass@cov.com'; Baldridge, J. Douglas; 'jlefkowitz@kirkland.com'; 'JBerman@jonesday.com'; 'JGimblett@cov.com'; 'kwalker@kirkland.com'; 'katie.einspanier@kirkland.com'; 'kdmcdonald@jonesday.com'; 'leslie.su@minervalawpc.com'; Fales, Lisa Jose; 'nallen@mccarter.com'; 'rebecca.koch@kirkland.com'; 'thester@cov.com'; 'wzucker@mccarter.com'; 'alazerow@cov.com'
**Cc:** 'Tom@hbsslaw.com'; 'anne@hilliardshadowenlaw.com'; 'dcg@girardgibbs.com'; 'daniel@hilliardshadowenlaw.com'; 'chc@girardgibbs.com'; 'gdevalerio@bermandevalerio.com'; 'drichards@cohenmilstein.com'; 'jagoldstein@pomlaw.com'; 'jnb@wexlerwallace.com'; 'kaw@wexlerwallace.com'; 'steve@hilliardshadowenlaw.com'; 'aneill@knpa.com'; 'marcus@marcus-shapira.com'; 'cain-mannix@marcus-shapira.com'; 'dpatton@knpa.com'; 'jmarcus@marcus-shapira.com'; 'sep@kennynachwalter.com'; 'atamoshunas@tcllaw.com'; 'btaus@tcllaw.com'; 'bgerstein@garwingerstein.com'; 'dsimons@bm.net'; 'dsorensen@bm.net'; 'davidn@hbsslaw.com'; 'ccoslett@bm.net'; 'nurban@bm.net'; 'dgermaine@vaneklaw.com'; 'echan@garwingerstein.com'; 'egerstein@garwingerstein.com'; 'jopper@garwingerstein.com'; 'kristenj@hbsslaw.com'; Stuart DesRoches; Peter Kohn (pkohn@faruqilaw.com); Sarah Westby (swestby@faruqilaw.com)
**Subject:** RE: In re Nexium

Chris,
Please see the attached letter.
Regards,
Danielle

**From:** Chris Letter [mailto:cletter@odrlaw.com]
**Sent:** Tuesday, June 24, 2014 11:42 AM
**To:** Foley, Danielle R.; Choi, Sarah; 'Schoen, Laurence'; 'JSchmidtlein@wc.com'; 'donnae@hbsslaw.com'; Sisitsky, Adam; 'amiller@buddlarner.com'; 'abass@cov.com'; Baldridge, J. Douglas; 'jlefkowitz@kirkland.com'; 'JBerman@jonesday.com'; 'JGimblett@cov.com'; 'kwalker@kirkland.com'; 'katie.einspanier@kirkland.com'; 'kdmcdonald@jonesday.com'; 'leslie.su@minervalawpc.com'; Fales, Lisa Jose; 'nallen@mccarter.com'; 'rebecca.koch@kirkland.com'; 'thester@cov.com'; 'wzucker@mccarter.com'; 'alazerow@cov.com'
**Cc:** 'Tom@hbsslaw.com'; 'anne@hilliardshadowenlaw.com'; 'dcg@girardgibbs.com'; 'daniel@hilliardshadowenlaw.com'; 'chc@girardgibbs.com'; 'gdevalerio@bermandevalerio.com'; 'drichards@cohenmilstein.com'; 'jagoldstein@pomlaw.com'; 'jnb@wexlerwallace.com'; 'kaw@wexlerwallace.com'; 'steve@hilliardshadowenlaw.com'; 'aneill@knpa.com'; 'marcus@marcus-shapira.com'; 'cain-mannix@marcus-shapira.com'; 'dpatton@knpa.com'; 'jmarcus@marcus-shapira.com'; 'sep@kennynachwalter.com'; 'atamoshunas@tcllaw.com'; 'btaus@tcllaw.com'; 'bgerstein@garwingerstein.com'; 'dsimons@bm.net'; 'dsorensen@bm.net'; 'davidn@hbsslaw.com'; 'ccoslett@bm.net'; 'nurban@bm.net'; 'dgermaine@vaneklaw.com'; 'echan@garwingerstein.com'; 'egerstein@garwingerstein.com'; 'jopper@garwingerstein.com'; 'kristenj@hbsslaw.com'; Stuart DesRoches; Peter Kohn (pkohn@faruqilaw.com); Sarah Westby (swestby@faruqilaw.com)
**Subject:** RE: In re Nexium

Danielle:

Please see the attached letter.

Sincerely,

Chris Letter
Odom & Des Roches, LLP
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Sender's email: cletter@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLP immediately at (504) 522-0077 or by return email.

**From:** Chris Letter
**Sent:** Thursday, June 19, 2014 7:57 AM
**To:** 'Foley, Danielle R.'; 'Choi, Sarah'; 'Schoen, Laurence'; 'JSchmidtlein@wc.com'; 'donnae@hbsslaw.com'; 'Sisitsky, Adam'; 'amiller@buddlarner.com'; 'abass@cov.com'; 'Baldridge, J. Douglas'; 'jlefkowitz@kirkland.com'; 'JBerman@jonesday.com'; 'JGimblett@cov.com'; 'kwalker@kirkland.com'; 'katie.einspanier@kirkland.com'; 'kdmcdonald@jonesday.com'; 'leslie.su@minervalawpc.com'; 'Fales, Lisa Jose'; 'nallen@mccarter.com'; 'rebecca.koch@kirkland.com'; 'thester@cov.com'; 'wzucker@mccarter.com'; 'alazerow@cov.com'
**Cc:** 'Tom@hbsslaw.com'; 'anne@hilliardshadowenlaw.com'; 'dcg@girardgibbs.com'; 'daniel@hilliardshadowenlaw.com'; 'chc@girardgibbs.com'; 'gdevalerio@bermandevalerio.com';

'drichards@cohenmilstein.com'; 'jagoldstein@pomlaw.com'; 'jnb@wexlerwallace.com';
'kaw@wexlerwallace.com'; 'steve@hilliardshadowenlaw.com'; 'aneill@knpa.com'; 'marcus@marcus-shapira.com'; 'cain-mannix@marcus-shapira.com'; 'dpatton@knpa.com'; 'jmarcus@marcus-shapira.com';
'sep@kennynachwalter.com'; 'atamoshunas@tcllaw.com'; 'btaus@tcllaw.com';
'bgerstein@garwingerstein.com'; 'dsimons@bm.net'; 'dsorensen@bm.net'; 'davidn@hbsslaw.com';
'ccoslett@bm.net'; 'nurban@bm.net'; 'dgermaine@vaneklaw.com'; 'echan@garwingerstein.com';
'egerstein@garwingerstein.com'; 'jopper@garwingerstein.com'; 'kristenj@hbsslaw.com'; Stuart
DesRoches; Peter Kohn (pkohn@faruqilaw.com); Sarah Westby (swestby@faruqilaw.com)
**Subject:** RE: In re Nexium

Danielle:

Please use the following number for our conference this morning at 10, EST:

512-305-4600, 62369#.

Thanks,
chris

Chris Letter
Odom & Des Roches, LLP
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Sender's email: cletter@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal
may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are
neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the
intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is
prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLP
immediately at (504) 522-0077 or by return email.

**From:** Chris Letter
**Sent:** Wednesday, June 18, 2014 9:29 AM
**To:** 'Foley, Danielle R.'; Choi, Sarah; 'Schoen, Laurence'; 'JSchmidtlein@wc.com';
'donnae@hbsslaw.com'; Sisitsky, Adam; 'amiller@buddlarner.com'; 'abass@cov.com'; Baldridge, J.
Douglas; 'jlefkowitz@kirkland.com'; 'JBerman@jonesday.com'; 'JGimblett@cov.com';
'kwalker@kirkland.com'; 'katie.einspanier@kirkland.com'; 'kdmcdonald@jonesday.com';
'leslie.su@minervalawpc.com'; Fales, Lisa Jose; 'nallen@mccarter.com'; 'rebecca.koch@kirkland.com';
'thester@cov.com'; 'wzucker@mccarter.com'; 'alazerow@cov.com'
**Cc:** 'Tom@hbsslaw.com'; 'anne@hilliardshadowenlaw.com'; 'dcg@girardgibbs.com';
'daniel@hilliardshadowenlaw.com'; 'chc@girardgibbs.com'; 'gdevalerio@bermandevalerio.com';
'drichards@cohenmilstein.com'; 'jagoldstein@pomlaw.com'; 'jnb@wexlerwallace.com';
'kaw@wexlerwallace.com'; 'steve@hilliardshadowenlaw.com'; 'aneill@knpa.com'; 'marcus@marcus-shapira.com'; 'cain-mannix@marcus-shapira.com'; 'dpatton@knpa.com'; 'jmarcus@marcus-shapira.com';
'sep@kennynachwalter.com'; 'atamoshunas@tcllaw.com'; 'btaus@tcllaw.com';
'bgerstein@garwingerstein.com'; 'dsimons@bm.net'; 'dsorensen@bm.net'; 'davidn@hbsslaw.com';
'ccoslett@bm.net'; 'nurban@bm.net'; 'dgermaine@vaneklaw.com'; 'echan@garwingerstein.com';
'egerstein@garwingerstein.com'; 'jopper@garwingerstein.com'; 'kristenj@hbsslaw.com'; Stuart
DesRoches
**Subject:** RE: In re Nexium

Thanks, Danielle. I'll circulate a call-in number tomorrow morning.

Chris Letter
Odom & Des Roches, LLP
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Sender's email: cletter@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLP immediately at (504) 522-0077 or by return email.

---

**From:** Foley, Danielle R. [mailto:DRFoley@Venable.com]
**Sent:** Wednesday, June 18, 2014 9:26 AM
**To:** Chris Letter; Choi, Sarah; 'Schoen, Laurence'; 'JSchmidtlein@wc.com'; 'donnae@hbsslaw.com'; Sisitsky, Adam; 'amiller@buddlarner.com'; 'abass@cov.com'; Baldridge, J. Douglas; 'jlefkowitz@kirkland.com'; 'JBerman@jonesday.com'; 'JGimblett@cov.com'; 'kwalker@kirkland.com'; 'katie.einspanier@kirkland.com'; 'kdmcdonald@jonesday.com'; 'leslie.su@minervalawpc.com'; Fales, Lisa Jose; 'nallen@mccarter.com'; 'rebecca.koch@kirkland.com'; 'thester@cov.com'; 'wzucker@mccarter.com'; 'alazerow@cov.com'
**Cc:** 'Tom@hbsslaw.com'; 'anne@hilliardshadowenlaw.com'; 'dcg@girardgibbs.com'; 'daniel@hilliardshadowenlaw.com'; 'chc@girardgibbs.com'; 'gdevalerio@bermandevalerio.com'; 'drichards@cohenmilstein.com'; 'jagoldstein@pomlaw.com'; 'jnb@wexlerwallace.com'; 'kaw@wexlerwallace.com'; 'steve@hilliardshadowenlaw.com'; 'aneill@knpa.com'; 'marcus@marcus-shapira.com'; 'cain-mannix@marcus-shapira.com'; 'dpatton@knpa.com'; 'jmarcus@marcus-shapira.com'; 'sep@kennynachwalter.com'; 'atamoshunas@tcllaw.com'; 'btaus@tcllaw.com'; 'bgerstein@garwingerstein.com'; 'dsimons@bm.net'; 'dsorensen@bm.net'; 'davidn@hbsslaw.com'; 'ccoslett@bm.net'; 'nurban@bm.net'; 'dgermaine@vaneklaw.com'; 'echan@garwingerstein.com'; 'egerstein@garwingerstein.com'; 'jopper@garwingerstein.com'; 'kristenj@hbsslaw.com'; Stuart DesRoches
**Subject:** RE: In re Nexium

Chris – That time is fine.

Danielle

---

**From:** Chris Letter [mailto:cletter@odrlaw.com]
**Sent:** Tuesday, June 17, 2014 5:10 PM
**To:** Choi, Sarah; Foley, Danielle R.; 'Schoen, Laurence'; 'JSchmidtlein@wc.com'; 'donnae@hbsslaw.com'; Sisitsky, Adam; 'amiller@buddlarner.com'; 'abass@cov.com'; Baldridge, J. Douglas; 'jlefkowitz@kirkland.com'; 'JBerman@jonesday.com'; 'JGimblett@cov.com'; 'kwalker@kirkland.com'; 'katie.einspanier@kirkland.com'; 'kdmcdonald@jonesday.com'; 'leslie.su@minervalawpc.com'; Fales, Lisa Jose; 'nallen@mccarter.com'; 'rebecca.koch@kirkland.com'; 'thester@cov.com'; 'wzucker@mccarter.com'; 'alazerow@cov.com'
**Cc:** 'Tom@hbsslaw.com'; 'anne@hilliardshadowenlaw.com'; 'dcg@girardgibbs.com'; 'daniel@hilliardshadowenlaw.com'; 'chc@girardgibbs.com'; 'gdevalerio@bermandevalerio.com'; 'drichards@cohenmilstein.com'; 'jagoldstein@pomlaw.com'; 'jnb@wexlerwallace.com'; 'kaw@wexlerwallace.com'; 'steve@hilliardshadowenlaw.com'; 'aneill@knpa.com'; 'marcus@marcus-shapira.com'; 'cain-mannix@marcus-shapira.com'; 'dpatton@knpa.com'; 'jmarcus@marcus-shapira.com'; 'sep@kennynachwalter.com'; 'atamoshunas@tcllaw.com'; 'btaus@tcllaw.com'; 'bgerstein@garwingerstein.com'; 'dsimons@bm.net'; 'dsorensen@bm.net'; 'davidn@hbsslaw.com'; 'ccoslett@bm.net'; 'nurban@bm.net'; 'dgermaine@vaneklaw.com'; 'echan@garwingerstein.com'; 'egerstein@garwingerstein.com'; 'jopper@garwingerstein.com'; 'kristenj@hbsslaw.com'; Stuart DesRoches

**Subject:** RE: In re Nexium

Danielle:

Are you available to meet and confer over this issue on Thursday at 10 a.m., EST? I look forward to your reply.

Sincerely,

Chris Letter
Odom & Des Roches, LLP
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Sender's email: cletter@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLP immediately at (504) 522-0077 or by return email.

**From:** Choi, Sarah [mailto:SChoi@Venable.com]
**Sent:** Tuesday, June 10, 2014 12:43 PM
**To:** Chris Letter; Foley, Danielle R.; 'Schoen, Laurence'; 'JSchmidtlein@wc.com'; 'donnae@hbsslaw.com'; Sisitsky, Adam; 'amiller@buddlarner.com'; 'abass@cov.com'; Baldridge, J. Douglas; 'jlefkowitz@kirkland.com'; 'JBerman@jonesday.com'; 'JGimblett@cov.com'; 'kwalker@kirkland.com'; 'katie.einspanier@kirkland.com'; 'kdmcdonald@jonesday.com'; 'leslie.su@minervalawpc.com'; Fales, Lisa Jose; 'nallen@mccarter.com'; 'rebecca.koch@kirkland.com'; 'thester@cov.com'; 'wzucker@mccarter.com'; 'alazerow@cov.com'
**Cc:** 'Tom@hbsslaw.com'; 'anne@hilliardshadowenlaw.com'; 'dcg@girardgibbs.com'; 'daniel@hilliardshadowenlaw.com'; 'chc@girardgibbs.com'; 'gdevalerio@bermandevalerio.com'; 'drichards@cohenmilstein.com'; 'jagoldstein@pomlaw.com'; 'jnb@wexlerwallace.com'; 'kaw@wexlerwallace.com'; 'steve@hilliardshadowenlaw.com'; 'aneill@knpa.com'; 'marcus@marcus-shapira.com'; 'cain-mannix@marcus-shapira.com'; 'dpatton@knpa.com'; 'jmarcus@marcus-shapira.com'; 'sep@kennynachwalter.com'; 'atamoshunas@tcllaw.com'; 'btaus@tcllaw.com'; 'bgerstein@garwingerstein.com'; 'dsimons@bm.net'; 'dsorensen@bm.net'; 'davidn@hbsslaw.com'; 'ccoslett@bm.net'; 'nurban@bm.net'; 'dgermaine@vaneklaw.com'; 'echan@garwingerstein.com'; 'egerstein@garwingerstein.com'; 'jopper@garwingerstein.com'; 'kristenj@hbsslaw.com'; Stuart DesRoches
**Subject:** RE: In re Nexium

Dear Chris,

Please see the attached response to your May 21, 2014 letter.

Best,

Sarah Choi, Esq. | Venable LLP
t 202.344.8274 | f 202.344.8300
575 7th Street, NW, Washington, DC 20004
schoi@venable.com | www.Venable.com
*Admitted in NY and DC
*Please be advised that this email and any files transmitted with it are confidential attorney-client*

*communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed.  If you are not the intended recipient, please do not read, copy or retransmit this communication but delete it immediately.  Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.*

---

**From:** Chris Letter [mailto:cletter@odrlaw.com]
**Sent:** Wednesday, May 21, 2014 9:23 AM
**To:** Foley, Danielle R.; 'Schoen, Laurence'; 'JSchmidtlein@wc.com'; 'donnae@hbsslaw.com'; Sisitsky, Adam; 'amiller@buddlarner.com'; 'abass@cov.com'; Baldridge, J. Douglas; 'jlefkowitz@kirkland.com'; 'JBerman@jonesday.com'; 'JGimblett@cov.com'; 'kwalker@kirkland.com'; 'katie.einspanier@kirkland.com'; 'kdmcdonald@jonesday.com'; 'leslie.su@minervalawpc.com'; Fales, Lisa Jose; 'nallen@mccarter.com'; 'rebecca.koch@kirkland.com'; Choi, Sarah; 'thester@cov.com'; 'wzucker@mccarter.com'; 'alazerow@cov.com'
**Cc:** 'Tom@hbsslaw.com'; 'anne@hilliardshadowenlaw.com'; 'dcg@girardgibbs.com'; 'daniel@hilliardshadowenlaw.com'; 'chc@girardgibbs.com'; 'gdevalerio@bermandevalerio.com'; 'drichards@cohenmilstein.com'; 'jagoldstein@pomlaw.com'; 'jnb@wexlerwallace.com'; 'kaw@wexlerwallace.com'; 'steve@hilliardshadowenlaw.com'; 'aneill@knpa.com'; 'marcus@marcus-shapira.com'; 'cain-mannix@marcus-shapira.com'; 'dpatton@knpa.com'; 'jmarcus@marcus-shapira.com'; 'sep@kennynachwalter.com'; 'atamoshunas@tcllaw.com'; 'btaus@tcllaw.com'; 'bgerstein@garwingerstein.com'; 'dsimons@bm.net'; 'dsorensen@bm.net'; 'davidn@hbsslaw.com'; 'ccoslett@bm.net'; 'nurban@bm.net'; 'dgermaine@vaneklaw.com'; 'echan@garwingerstein.com'; 'egerstein@garwingerstein.com'; 'jopper@garwingerstein.com'; 'kristenj@hbsslaw.com'; Stuart DesRoches
**Subject:** In re Nexium

Danielle and Karen:

Please see the attached letter.

Sincerely,

Chris Letter
Odom & Des Roches, LLP
2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Sender's email: cletter@odrlaw.com
Tel (504) 522-0077
Fax (504) 522-0078

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Odom & Des Roches, LLP immediately at (504) 522-0077 or by return email.
*****************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used,
and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue
Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of