UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re: Nexium (Esomeprazole Magnesium) Antitrust Litigation*<br><br>This Document Relates to: All Actions | MDL No. 2409<br><br>Civil Action No. 1:12-md-02409-WGY |

## STIPULATION OF FACTS

IT IS HERBY STIPULATED AND AGREED between Plaintiffs and Defendant AstraZeneca LP ("AstraZeneca") acting through their undersigned counsel, subject to the Court's approval, that the following facts are true. Each party reserves the right to present additional evidence, and each party reserves the right to object to the relevance and/or admissibility of the below-listed facts. This stipulation is in lieu of live testimony from Errol B. Taylor and Frederick M. Zullow.

1.  On October 25, 2005, in response to an October 14, 2005 notice letter relating to Abbreviated New Drug Application ("ANDA") No. 77-830 sent to AstraZeneca by Ranbaxy Laboratories Limited, outside counsel for AstraZeneca, Errol B. Taylor, sent a letter to Jay R. Deshmukh, Vice President – Global Intellectual Property for Ranbaxy Laboratories, Inc. regarding the notice letter. The document produced in this case with Bates numbers RAN-ESM0088194 through RAN-ESM0088197 is a true and accurate copy of the letter dated October 25, 2005 sent by Mr. Taylor to Mr. Deshmukh.

2.  On October 27, 2005, Mr. Deshmukh responded to Mr. Taylor, and on behalf of Ranbaxy. The document produced in this case with Bates numbers NEX-RBX 3426749 through NEX-RBX 3426750 is a true and accurate copy of the letter dated October 27, 2005 sent by Mr. Deshmukh to Mr. Taylor.

3.     On October 31, 2005, Mr. Taylor sent another letter to Mr. Deshmukh regarding the October 14, 2005 notice letter. The document produced in this case with Bates numbers NEX-RBX 3426808 through NEX-RBX 3426809 is a true and accurate copy of the letter dated October 31, 2005 sent by Mr. Taylor to Mr. Deshmukh.

4.     On November 21, 2005 AstraZeneca filed a patent infringement suit, in the United States District Court for the District of New Jersey against Ranbaxy[1] ("AstraZeneca-Ranbaxy patent infringement litigation").[2]

5.     AstraZeneca alleged Ranbaxy's ANDA No. 77-830 to market a generic Nexium product infringed AstraZeneca's U.S. Patent No. 5,714,504 (the "'504 patent"); U.S. Patent No. 5,877,192 (the "'192 patent"); U.S. Patent No. 6,875,872 (the "'872 patent"); U.S. Patent No. 6,428,810 (the "'810 patent"); and U.S. Patent No. 6,369,085 (the "'085 patent"); and that the process for producing Ranbaxy's ANDA product would violate U.S. Patent No. 5,948,789 (the "'789 patent") (collectively the "AstraZeneca Patents").

6.     On June 27, 2007, the judge presiding over the New Jersey action sent the parties a letter ordering them to appear in court for a case management/settlement conference on July 24, 2007, and to submit a letter memorandum to the court, but not to the other parties. AstraZeneca submitted its letter memorandum on July 22, 2007. The document produced in this case with Bates numbers AZ-NX-MDL-01238466 through AZ-NX-MDL-01238471 is a true and accurate copy of the letter sent by counsel for AstraZeneca to the judge.

---

[1] Ranbaxy Pharmaceuticals, Inc., Ranbaxy Inc. and Ranbaxy Laboratories Ltd. (collectively, "Ranbaxy").

[2] *AstraZeneca AB et al. v. Ranbaxy Pharmaceuticals, Inc. et al.*, 3:05-cv-05553-JAP-TJB (D.N.J.).

7.      On or about April 14, 2008, AstraZeneca entered into an agreement with Ranbaxy which settled the AstraZeneca-Ranbaxy patent infringement litigation.

8.      On April 16, 2008, the United States District Court entered a Consent Order and Final Judgment ("Consent Judgment") submitted by the parties.  The document produced in this case with Bates numbers NEX-RBX 0000435 through NEX-RBX 0000440 is a true and accurate copy of the transcript of the hearing on April 14, 2008 at which AstraZeneca and Ranbaxy requested that the Court enter the Consent Judgment.

Dated: September 15, 2014

Respectfully submitted,

**/s/ Thomas M. Sobol**
Thomas M. Sobol

/s/ Dane H. Butswinkas
Dane H. Butswinkas
Paul B. Gaffney
John E. Schmidtlein
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (telephone)
(202) 434-5029 (facsimile)
dbutswinkas@wc.com
pgaffney@wc.com
jschmidtlein@wc.com

Timothy C. Hester
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)
thester@cov.com

William A. Zucker, Esq., BBO # 541240
MCCARTER & ENGLISH, LLP

/s/ Thomas M. Sobol
Thomas M. Sobol, BBO No. 471770
David S. Nalven, BBO No. 547220
Kristen Johnson Parker, BBO No. 667261
Donna M. Evans, BBO No. 554613
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel:  (617) 482-3700
Fax:  (617) 482-3003
tom@hbsslaw.com
davidn@hbsslaw.com
kristenp@hbsslaw.com
donnae@hbsslaw.com

David F. Sorensen
Daniel Simmons
Caitlin Coslett
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604

265 Franklin Street
Boston, MA 02110
617.449.6500
617.607.9200 (facsimile)
wzucker@mccarter.com

*Counsel for AstraZeneca LP, AstraZeneca AB, and Aktiebolaget Hässle*

dsorensen@bm.net
dsimmons@bm.net
ccoslett@bm.net

Bruce E. Gerstein
Joseph Opper
Elena Chan
Ephraim R. Gerstein
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
Tel:  (212) 398-0055
Fax:  (212) 764-6620
bgerstein@garvingerstein.com
jopper@garwingerstein.com
echan@garwingerstein.com
egerstein@garwingerstein.com

*Co-lead Counsel for the Direct Purchaser Class*

/s/ J. Douglas Richards
J. Douglas Richards
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel:  (212) 838-7797
Fax:  (212) 838-7745
drichards@cohenmilstein.com

Jayne A. Goldstein
POMERANTZ LLP
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Tel:  (954) 315-3454
Fax:  (954) 315-3455
jagoldstein@pomlaw.com

Steve D. Shadowen
HILLARD & SHADOWEN LLC
39 West Main Street
Mechanicsburg, PA 17055
Tel:  (855) 344-3298
steve@hilliardshadowenlaw.com

Kenneth A. Wexler
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wexlerwallace.com

*Interim Co-lead Counsel for the Proposed End-Payor Class*

/s/ Douglas H. Patton
Douglas H. Patton
Scott E. Perwin
Anna T. Neill
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
dpatton@knpa.com
sperwin@knpa.com
aneill@knpa.com

*Counsel for Walgreen Co., The Kroger Co., Safeway, Inc., Supervalu, Inc., and HEB Grocery Co. LP*

/s/ Moira Cain-Mannix
Bernard D. Marcus
Moira Cain-Mannix
Jonathan D. Marcus
Brian C. Hill
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA 15219
Tel: (412) 471-3490
marcus@marcus-shapira.com
cain-mannix@marcus-shapira.com
jmarcus@marcus-shapira.com
hill@marcus-shapira.com

*Counsel for Giant Eagle, Inc.*

        /s/ Barry L. Refsin
        Barry L. Refsin
        HANGLEY ARONCHICK SEGAL PUDLIN
        & SCHILLER
        One Logan Square, 27th Floor
        Philadelphia, PA 19103
        Tel: (215) 568-6200
        E-mail: brefsin@hangley.com

        Monica L. Rebuck
        HANGLEY ARONCHICK SEGAL PUDLIN
        & SCHILLER
        4400 Deer Path Road, Suite 200
        Harrisburg, PA 17110
        Tel: (717) 364-1007
        E-mail: mrebuck@hangley.com

        *Counsel for Rite Aid Plaintiffs*

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol, hereby certify that on September 15, 2014, I caused a copy of the foregoing to be electronically filed via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: September 15, 2014                                                 Respectfully submitted,

                                                                  **/s/ Thomas M. Sobol**

                                                                   Thomas M. Sobol