UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEXIUM (ESOMEPRAZOLE) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Direct Purchaser Actions<br>*Walgreen* (No. 13-cv-10337-WGY)<br>*Giant Eagle* (No. 13-cv-11305-WGY)<br>*Rite Aid* (No. 13-cv-12074-WGY) | MDL No. 2409<br><br>Civil Action No. 1:12-md-02409-WGY |

**DIRECT PURCHASER PLAINTIFFS' OMNIBUS MOTIONS *IN LIMINE* RELATING TO OPENING STATEMENTS AND EVIDENCE**

In light of opening statements next week, the Direct Purchaser Class Plaintiffs and Plaintiffs in the *Walgreen* (No. 13-cv-10337-WGY), *Giant Eagle* (No. 13-cv-11305-WGY), and *Rite Aid* (No. 13-cv-12074-WGY) actions (collectively, "Direct Purchaser Plaintiffs"), respectfully request that the Court grant the following relief.

**Motion *in Limine* No. 1: Motion to Exclude Evidence Regarding (a) Whether Direct Purchaser Plaintiffs "Passed On" Any Overcharge and (b) "Lost Profits"**

For the reasons set forth in the accompanying memorandum of law in support of this omnibus motion, Direct Purchaser Plaintiffs move for an order precluding Defendants[1] from offering evidence or argument that the Direct Purchaser Plaintiffs were not injured to the full extent of the overcharges they can prove, or that any damages award should be reduced or otherwise limited on the grounds that Direct Purchaser Plaintiffs might have "passed on" any overcharges incurred.

---

[1] "Defendants" are AstraZeneca LP, AstraZeneca AB and Aktiebolaget Hassle, Ranbaxy Pharmaceuticals, Inc., Ranbaxy Inc. and Ranbaxy Laboratories Ltd., Teva Pharmaceutical Industries, Ltd. and Teva USA, Inc., and Dr. Reddy's Laboratories Ltd. and Dr. Reddy's Laboratories, Inc.

**Motion *in Limine* No. 2: Motion to Exclude Evidence Regarding Any Alleged Failure by Direct Purchaser Plaintiffs' to Mitigate Their Damages**

For the reasons set forth in the accompanying memorandum of law in support of this omnibus motion, Direct Purchaser Plaintiffs request that the Court preclude Defendants from offering evidence or arguing that Direct Purchaser Plaintiffs failed to mitigate their damages.

**Motion *in Limine* No. 3: Motion to Bar Reference to Treble Damages, Attorney Fees, and Costs**

For the reasons set forth in the accompanying memorandum of law in support of this omnibus motion, Direct Purchaser Plaintiffs request that the Court order Defendants not to refer to or introduce any evidence at trial regarding Direct Purchaser Plaintiffs' ability to recover treble damages or attorneys' fees and costs.

**Motion *in Limine* No. 4: Motion to Exclude Any Evidence Regarding Direct Purchaser Plaintiffs' Financial Condition**

For the reasons set forth in the accompanying memorandum of law in support of this omnibus motion, Direct Purchaser Plaintiffs move *in limine* for an order precluding Defendants from offering evidence or making reference to named Direct Purchaser Plaintiffs' financial condition or status before the jury.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Plaintiffs made a good faith attempt to resolve the issues in this motion by asking defendants whether they consented to this motion, and defendants did not respond as of this filing.

Dated: October 14, 2014

                                        */s/ Thomas M. Sobol*
Thomas M. Sobol, BBO No. 471770
David S. Nalven, BBO No. 547220
Donna M. Evans, BBO No. 554613
Kristen A. Johnson, BBO No. 667261
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
davidn@hbsslaw.com
donnae@hbsslaw.com
kristenj@hbsslaw.com

*Liaison Counsel and Co-lead Counsel for the Direct Purchaser Class*

David F. Sorensen
Daniel Simons
Caitlin G. Coslett
Nicholas Urban
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
dsorensen@bm.net
dsimons@bm.net
ccoslett@bm.net

Bruce E. Gerstein
Joseph Opper
Elena Chan
Ephraim R. Gerstein
GARWIN GERSTEIN & FISHER LLP

88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
bgerstein@garwingerstein.com
jopper@garwingerstein.com
echan@garwingerstein.com
egerstein@garwingerstein.com

*Co-lead Counsel for the Direct Purchaser Class*

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861

*Counsel for Walgreen Plaintiffs*

Barry L. Refsin
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA. 19103
Tel: 215-568-6200

Monica L. Rebuck
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
4400 Deer Path Road, Suite 200
Harrisburg, PA 17110
Tel.: 717-364-1007

*Counsel for Rite Aid Plaintiffs*

Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Erin Gibson Allen
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
Pittsburgh, PA 15219

Tel.: 412-338-3344

*Counsel for Giant Eagle, Inc.*

## **CERTIFICATE OF SERVICE**

I, Thomas M. Sobol, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: October 14, 2014

*/s/* **Thomas M. Sobol**
Thomas M. Sobol