UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEXIUM (ESOMEPRAZOLE) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL END-PAYOR ACTIONS | MDL No. 2409<br><br>Civil Action No.: 1:12-md-2409-WGY |

### END-PAYOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund; Allied Services Division Welfare Fund; Fraternal Order of Police Miami Lodge 20, Insurance Trust Fund; New York Hotel Trades Council & Hotel Assoc. of New York City, Inc. Health Benefits Fund; Laborers International Union of North America Local 35 Health Care Fund; International Brotherhood of Electrical Workers Local 595 Health and Welfare Fund; Laborers International Union of North America Local 17 Health Care Fund; International Union of Machinists and Aerospace Workers District No. 15 Health Fund; Michigan Regional Council of Carpenters Employee Benefits Fund; and A.F. of L. – A.G.C. Building Trades Welfare Plan ("End-Payor Plaintiffs"), on behalf of themselves and the certified end-payor class (collectively "End-Payor Class"), pursuant to Federal Rule of Civil Procedure 23(e), respectfully move for entry of an order granting preliminary approval of the proposed settlement with defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "DRL"). End-Payor Plaintiffs' motion is unopposed.

In support of this motion, End-Payor Plaintiffs submit: (1) a Memorandum of Law in Support of End-Payor Plaintiffs' Unopposed Motion for Preliminary Approval, and (2) the Declaration of Kenneth A. Wexler in support of End-Payor Plaintiffs' Motion for Preliminary Approval. A Proposed Order Granting Preliminary Approval is submitted herewith.

### Certification Under Local Rule 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for Defendants do not oppose the instant motion.

Dated: October 20, 2014                                    Respectfully submitted,

/s/ Glen DeValerio
Glen DeValerio (BBO #122010)
BERMAN DeVALERIO
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
gdevalerio@bermandevalerio.com

*Liaison Counsel for the Proposed End-Payor Class*

Steve D. Shadowen
HILLIARD & SHADOWEN LLC
39 West Main Street
Mechanicsburg, PA 17055
Tel: (855) 344-3298
steve@hilliardshadowenlaw.com

Anne Fornecker
HILLIARD & SHADOWEN LLC
106 East 6th Street, Suite 900
Austin, TX 78701
Tel: (512) 322-5339
anne@hilliardshadowenlaw.com

Jayne A. Goldstein

2

POMERANTZ LLP
1792 Bell Tower Lane
Suite 203
Weston, FL 33326
Tel: 954-315-3454
Fax: 954-315-3455
jagoldstein@pomlaw.com

Kenneth A. Wexler
Bethany R. Turke
Justin N. Boley
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wexlerwallace.com
brt@wexlerwallace.com
jnb@wexlerwallace.com

J. Douglas Richards
Sharon K. Robertson
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
drichards@cohenmilstein.com
srobertson@cohenmilstein.com

*Interim Co-Lead Counsel for the Proposed End-Payor Class*

**CERTIFICATE OF SERVICE**

I, Glen DeValerio, hereby certify that on October 20, 2014 I caused a copy of the foregoing End-Payor Plaintiffs' Motion For Preliminary Approval Of Proposed Class Action Settlement to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

Dated: October 20, 2014             /s/ *Glen DeValerio*
                                    Glen DeValerio