## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEXIUM (ESOMEPRAZOLE) ANTITRUST LITIGATION | MDL No. 2409 <br><br> Civil Action No. 1:12-md-02409-WGY |
| This Document Relates To: <br><br> All Direct Purchaser Actions | 3514366 |

### PLAINTIFFS' NOTICE REGARDING DEPOSITION DESIGNATIONS

Plaintiffs[1] file this notice in connection with the deposition designations of AstraZeneca

Rule 30(b)(6) witnesses Matthew Diggons, Gary Rowles, and Steven Rothwein.

Plaintiffs propose to have an attorney read the pertinent Rule 30(b)(6) notice topics to the

jury before the jury hears the deposition testimony.  Defendants object.

In the alternative, Plaintiffs propose to designate the deposition testimony of Matthew

Diggons, Gary Rowles, and Steven Rothwein where each confirms that he is testifying as an

AstraZeneca Rule 30(6)(6) witness with respect to specific topics, and introduce the 30(b)(6)

Notice into evidence (trial exhibit EUL) so that the jury understands that the testimony is of

AstraZeneca as a company.  In particular, Plaintiffs propose to designate the following testimony

relating to the 30(b)(6) notices:  (1) Matthew Diggons Deposition Tr. 18:16-23, 24:4-8, 24:16-

21, 25:14-18, 26:11-13, and 26:17-20 (copy attached as Exhibit 1 hereto); (2) Gary Rowles

Deposition Tr. 16:4-16, 17:11-20, and 18:5 (copy attached as Exhibit 2 hereto); and (3) Steven

Rothwein Deposition Tr. 13:21-25 and 14:2-16 (copy attached Exhibit 3 hereto).[2]  Plaintiffs have

---

[1] Plaintiffs include the Direct Purchaser Class Plaintiffs, the End-Payor Class Plaintiffs, and Plaintiffs in the *Walgreen* (No. 13-cv-10337-WGY), *Giant Eagle* (No. 13-cv-11305-WGY), *Rite Aid* (No. 13-cv-12074-WGY), and *CVS* (14-cv-11788) actions.

[2] Plaintiffs attach as Exhibits 1, 2, and 3 the excerpts of the testimony listed here.  The parties are separately submitting to the Court complete transcripts and deposition designations for  Matthew Diggons, Gary Rowles, and Steven Rothwein.

attached the Rule 30(b)(6) notice (trial Exhibit EUL) as Exhibit 4 hereto (the same notice was used in all three depositions).

In addition, Plaintiffs and Defendants are submitting to the Court the deposition designations of Matthew Diggons, Gary Rowles, and Steven Rothwein.  Plaintiffs' designations are in pink and Defendants' designations are in blue.

Finally, the parties note that Defendants' counter and completeness designations both appear in light blue.  To the extent necessary, Plaintiffs' specify the basis on which their objection rests (*i.e.*, objection as improper counter or objection as improper completeness designation).

Dated:  October 21, 2014

<div style="margin-left:40%">

*/s/ Thomas M. Sobol*
Thomas M. Sobol, BBO No. 471770
David S. Nalven, BBO No. 547220
Donna M. Evans, BBO No. 554613
Kristen A. Johnson, BBO No. 667261
HAGENS BERMAN SOBOL SHAPIRO LLP55
Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel:  (617) 482-3700
Fax:  (617) 482-3003
tom@hbsslaw.com
davidn@hbsslaw.com
donnae@hbsslaw.com
kristenp@hbsslaw.com

*Liaison Counsel and Co-lead Counsel for the
Direct Purchaser Class*

David F. Sorensen
Daniel Simons
Ellen Noteware
Caitlin G. Coslett
Nicholas Urban
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

</div>

Tel:  (215) 875-3000
Fax:  (215) 875-4604
dsorensen@bm.net
dsimons@bm.net
ccoslett@bm.net

Bruce E. Gerstein
Joseph Opper
Elena Chan
Ephraim R. Gerstein
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
Tel:  (212) 398-0055
Fax:  (212) 764-6620
bgerstein@garwingerstein.com
jopper@garwingerstein.com
echan@garwingerstein.com
egerstein@garwingerstein.com

*Co-lead Counsel for the Direct Purchaser Class*

Glen DeValerio (BBO #122010)
BERMAN DeVALERIO
One Liberty Square
Boston, MA  02109
Tel: (617) 542-8300
Fax: (617) 542-1194
gdevalerio@bermandevalerio.com

Todd A. Seaver (BBO #645874)
BERMAN DeVALERIO
One California Street, Suite 900 San Francisco,
CA  94111
Tel:  (415) 433-3200
Fax:  (415) 433-6382
tseaver@bermandevalerio.com

*Liaison Counsel for the End-Payor Class*

Steve D. Shadowen
HILLIARD & SHADOWEN LLC
39 West Main Street
Mechanicsburg, PA 17055
Tel: (855) 344-3298
steve@hilliardshadowenlaw.com

Anne Fornecker
Daniel Gonzales
HILLIARD & SHADOWEN LLC
919 Congress Ave., Suite 1325
Austin, TX 78701
Tel: (512) 851-8990
anne@hilliardshadowenlaw.com
daniel@hilliardshadowenlaw.com

Kenneth A. Wexler
Bethany R. Turke
Justin N. Boley
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL  60603
Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wexlerwallace.com
brt@wexlerwallace.com
jnb@wexlerwallace.com

J. Douglas Richards
George Farah
Sharon K. Robertson
Hiba Hafiz
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
drichards@cohenmilstein.com
srobertson@cohenmilstein.com

Jayne A. Goldstein
POMERANTZ LLP
1792 Bell Tower Lane
Suite 203
Weston, FL 33326
Tel: 954-315-3454
Fax: 954-315-3455
jagoldstein@pomlaw.com

*Co-Lead Counsel for the End-Payor Class*

Scott E. Perwin
Lauren C. Ravkind

4

Anna T. Neill
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861

*Counsel for Walgreen Plaintiffs*

Barry L. Refsin
HANGLEY ARONCHICK SEGAL PUDLIN &
SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA. 19103
Tel: 215-568-6200

Monica L. Rebuck
HANGLEY ARONCHICK SEGAL PUDLIN &
SCHILLER
4400 Deer Path Road, Suite 200
Harrisburg, PA 17110
Tel.: 717-364-1007

*Counsel for Rite Aid and CVS*

Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Erin Gibson Allen
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
Pittsburgh, PA 15219
Tel.: 412-338-3344

*Counsel for Giant Eagle, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas M. Sobol, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  October 21, 2014

<div align="right">

<u>/s/ **Thomas M. Sobol**</u>
Thomas M. Sobol

</div>