UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEXIUM (ESOMEPRAZOLE) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Direct Purchaser Class Actions | MDL No. 2409<br><br>Civil Action No. 1:12-md-02409-WGY |

**DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR APPROVAL OF PROPOSED NOTICE PROGRAM AND FORM OF NOTICE, AND SCHEDULING A HEARING FOR FINAL APPROVAL OF THE SETTLEMENT WITH DR. REDDY'S LABORATORIES, LTD. AND DR. REDDY'S LABORATORIES, INC. ("DRL")**

Pursuant to Federal Rule of Civil Procedure 23, Direct Purchaser Class Plaintiffs respectfully move for an order: (1) approving the proposed notice plan and form of notice; and (2) setting a schedule for notice to the Direct Purchaser Class and for final approval of the Direct Purchaser Class Settlement with DRL.

The grounds for this motion are set forth in the accompanying Memorandum of Law; the accompanying Declaration of Daniel Coggeshall In Support of Proposed Settlement Notice Program and Proposed Form of Notice, and any other written or oral submission the Court may require. A proposed order is attached hereto.

Dated: October 27, 2014

                                                        */s/ Bruce E. Gerstein*

                                                     Bruce E. Gerstein
                                                     Joseph Opper
                                                     Elena Chan
                                                     Ephraim R. Gerstein
                                                     GARWIN GERSTEIN & FISHER LLP
                                                     88 Pine Street, 10th Floor
                                                     New York, NY 10005

Tel: (212) 398-0055
Fax: (212) 764-6620
bgerstein@garwingerstein.com
jopper@garwingerstein.com
echan@garwingerstein.com
egerstein@garwingerstein.com

*Co-lead Counsel for the Direct Purchaser Class*

Thomas M. Sobol, BBO No. 471770
David S. Nalven, BBO No. 547220
Donna M. Evans, BBO No. 554613
Kristen A. Johnson, BBO No. 667261
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
davidn@hbsslaw.com
donnae@hbsslaw.com
kristenp@hbsslaw.com

*Liaison Counsel and Co-lead Counsel for the Direct Purchaser Class*

David F. Sorensen
Ellen Noteware
Daniel Simons
Caitlin G. Coslett
Nicholas Urban
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
dsorensen@bm.net
dsimons@bm.net
ccoslett@bm.net

*Co-lead Counsel for the Direct Purchaser Class*

**CERTIFICATE OF SERVICE**

    I, Bruce E. Gerstein, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: October 27, 2014

                                                */s/ Bruce E. Gerstein*
                                                Bruce E. Gerstein