UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re: Nexium (Esomeprazole Magnesium) Antitrust Litigation*<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 2409<br><br>Civil Action No. 1:12-md-02409-WGY |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' OBJECTIONS TO FURTHER EXPERT TESTIMONY OF THOMAS G. MCGUIRE AND PROPOSED DEMONSTRATIVES [ECF NO. 1225]**

Defendants have seriously mischaracterized Dr. McGuire's testimony and his demonstrative exhibits, all of which are taken directly from Dr. McGuire's report and all of which bear directly on critical issues in the case relating to the conspiracy among AstraZeneca, Teva and Ranbaxy.

Plaintiffs respectfully request the Court hold off on ruling regarding Dr. McGuire's proposed demonstratives until the testimony actually unfolds. The testimony will make clear that Dr. McGuire is using these demonstratives directly to elucidate the overall conspiracy among AstraZeneca, Ranbaxy, and Teva. We describe the demonstratives below.

**Dr. McGuire's Demonstrative Exhibits**

- Figure 4 from Dr. McGuire's August 23, 2013 Report shows the "Anticompetitive Range" between the "Anticompetitive negotiated entry date under settlement" and the "Competitive Standard: Expected date of generic entry (unobserved)." Dr. McGuire will use this demonstrative to explain that AstraZeneca and Ranbaxy pushed all potential generic entrants into the "anticompetitive" zone and *then took additional action to ensure that neither Teva nor any other later filer "broke the bottleneck."*

- Figure 2 from Dr. McGuire's August 23, 2013 Report illustrates that AstraZeneca and Ranbaxy structured their agreement to maximize their joint profits. Plaintiffs expect Dr. McGuire to use this demonstrative to elucidate the Contingent Launch provisions of their agreement – provisions which on their face appear to potentially *accelerate* Teva's entry – and thus to undermine – AstraZeneca and Ranbaxy's joint profits, but that in fact promote those joint profits by *deterring* Teva's entry.

- Figure 3 from Dr. McGuire's August 23, 2013 Report is a demonstrative graphic showing the "Profit Flows to Brand and Generic Agreeing on Generic Entry Date (Time T)." Plaintiffs expect Dr. McGuire to use this demonstrative to explain that the value to Ranbaxy of strengthening the bottleneck, through the Contingent Launch provisions, was greater than the value of earlier entry.

- Figure 5 from Dr. McGuire's August 23, 2013 Report shows "AstraZeneca's Gains and Losses from Settlement." Plaintiffs expect Dr. McGuire to use this demonstrative to help explain AstraZeneca's motive to establish the May 2014 entry date for all generics and to make that date stick.

- Likewise, Figure 8 from Dr. McGuire's August 23, 2013 Report helps explain Ranbaxy's motive for helping AstraZeneca to establish the May 2014 generic entry date and to make it stick by narrowing and strengthening the bottleneck.

- In the words of Dr. McGuire's October 8, 2014 report, Figures 6 and 7 from that Report help establish that the AstraZeneca/Ranbaxy deal "was not a procompetitive compromise to settle a patent dispute, it was collusion."

**Conclusion**

Plaintiffs ask that the Court deny defendants' motion to exclude Dr. McGuire's demonstratives or, in the alternative, defer ruling until the testimony unfolds.

Dated:  November 13, 2014

/s/ Thomas M. Sobol
Thomas M. Sobol, BBO No. 471770
David S. Nalven, BBO No. 547220
Donna M. Evans, BBO No. 554613
Kristen A. Johnson, BBO No. 667261
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel:  (617) 482-3700
Fax:  (617) 482-3003
tom@hbsslaw.com
davidn@hbsslaw.com
donnae@hbsslaw.com
kristenp@hbsslaw.com

*Liaison Counsel and Co-lead Counsel for the Direct Purchaser Class*

David F. Sorensen
Daniel Simons
Ellen Noteware
Caitlin G. Coslett
Nicholas Urban
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604
dsorensen@bm.net
enoteware@bm.net
dsimons@bm.net
ccoslett@bm.net
nurban@bm.net

Bruce E. Gerstein
Joseph Opper
Elena Chan
Ephraim R. Gerstein

GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
bgerstein@garwingerstein.com
jopper@garwingerstein.com
echan@garwingerstein.com
egerstein@garwingerstein.com

*Co-lead Counsel for the Direct Purchaser Class*

Glen DeValerio (BBO #122010)
BERMAN DeVALERIO
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
gdevalerio@bermandevalerio.com

Todd A. Seaver (BBO #645874)
BERMAN DeVALERIO
One California Street, Suite 900 San Francisco, CA 94111
Tel: (415) 433-3200
Fax: (415) 433-6382
tseaver@bermandevalerio.com

*Liaison Counsel for the End-Payor Class*

Steve D. Shadowen
HILLIARD & SHADOWEN LLC
39 West Main Street
Mechanicsburg, PA 17055
Tel: (855) 344-3298
steve@hilliardshadowenlaw.com

Anne Fornecker
Daniel Gonzales
HILLIARD & SHADOWEN LLC
919 Congress Ave., Suite 1325
Austin, TX 78701
Tel: (512) 851-8990
anne@hilliardshadowenlaw.com
daniel@hilliardshadowenlaw.com

Kenneth A. Wexler

Bethany R. Turke
Justin N. Boley
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wexlerwallace.com
brt@wexlerwallace.com
jnb@wexlerwallace.com

J. Douglas Richards
George Farah
Sharon K. Robertson
Hiba Hafiz
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
drichards@cohenmilstein.com
srobertson@cohenmilstein.com

Jayne A. Goldstein
POMERANTZ LLP
1792 Bell Tower Lane
Suite 203
Weston, FL 33326
Tel: 954-315-3454
Fax: 954-315-3455
jagoldstein@pomlaw.com

*Co-Lead Counsel for the End-Payor Class*

Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Tel: 305-373-1000
Fax: 305-372-1861

*Counsel for Walgreen Plaintiffs*

Barry L. Refsin

5

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA. 19103
Tel: 215-568-6200

Monica L. Rebuck
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
4400 Deer Path Road, Suite 200
Harrisburg, PA 17110
Tel.: 717-364-1007

*Counsel for Rite Aid Plaintiffs*

Bernard D. Marcus
Moira Cain-Mannix
Brian C. Hill
Erin Gibson Allen
MARCUS & SHAPIRA LLP
One Oxford Centre, 35th Floor
Pittsburgh, PA 15219
Tel.: 412-338-3344

*Counsel for Giant Eagle, Inc.*

**CERTIFICATE OF SERVICE**

  I, Thomas M. Sobol, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system.  Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  November 13, 2014

                       */s/* **Thomas M. Sobol**
                       Thomas M. Sobol