UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re: Nexium (Esomeprazole Magnesium) Antitrust Litigation* <br><br> This Document Relates to:  All Actions | MDL No. 2409 <br><br> Civil Action No. 1:12-md-02409-WGY |

ASTRAZENECA'S OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO
EXCLUDE FOREIGN LANGUAGE DOCUMENTS

AstraZeneca has not moved the admission of any foreign language documents.  There is, therefore, no need for the Court to rule on Plaintiffs' motion to exclude such documents at this time.  If AstraZeneca does move the admission of any foreign language documents or seek to elicit testimony about a foreign language document without moving its admission, it will provide Plaintiffs' counsel with a proper translation of the document, if one has not already been provided, a reasonable time period in advance.

Dated:  November 20, 2014                              Respectfully submitted,

/s/ Dane H. Butswinkas

Dane H. Butswinkas (*pro hac vice*)
John E. Schmidtlein (*pro hac vice*)
Paul B. Gaffney (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Ph: 202-434-5000
Fax: 202-434-5029
DButswinkas@wc.com
JSchmidtlein@wc.com
PGaffney@wc.com

Michael P. Kelly (*pro hac vice*)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor

Wilmington, DE 19801
Ph: 302-984-6301
Fax: 302-984-2493
mkelly@mccarter.com

William A. Zucker, Esq., BBO # 541240
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
617.449.6500
617.607.9200 (facsimile)
wzucker@mccarter.com

*Counsel for AstraZeneca LP, AstraZeneca AB, and Aktiebolaget Hässle*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November 2014, I filed and served the foregoing via the Court's CM/ECF system, which will serve notification of such filing by email to all counsel of record.

        /s/ Benjamin M. Greenblum
        Benjamin M. Greenblum