UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
)
IN RE: NEXIUM (ESOMEPRAZOLE)   )   MDL NO. 2409
ANTITRUST LITIGATION           )
)   CIVIL ACTION NO.
)   12-MD-02409-WGY
)

## JURY VERDICT

1. Did AstraZeneca exercise market power within the relevant market?

   _____ no      ✓ yes

2. Did the settlement of the AstraZeneca-Ranbaxy patent litigation include a large and unjustified payment by AstraZeneca to Ranbaxy?

   _____ no      ✓ yes

3. Was AstraZeneca's Nexium settlement with Ranbaxy unreasonably anticompetitive, i.e. did the anticompetitive effects of that settlement outwiegh any pro-competitive justifications?

   _____ no      ✓ yes

4. Had it not been for the unreasonably anticompetitive settlement, would AstraZeneca have agreed with Ranbaxy that Ranbaxy might launch a generic version of Nexium before May 27, 2014?

   ✓ no      _____ yes

5. If so, what would be the effective date of such a license?

   _____, 20_____

6.a. Had it not been for the unreasonably anticompetitive settlement, would Ranbaxy have agreed with Teva to launch a generic version of Nexium before May 27, 2014?

   _____ no      _____ yes

6.b. If so, when would Teva have launched?

_____, 20_____

7. If a generic version of Nexium had come to market, would an authorized generic have entered at or about the same time?

_____ no   _____ yes

Date: 12/5/14

*M Hamilton*
Forelady