```
                UNITED STATES DISTRICT COURT

                 DISTRICT OF MASSACHUSETTS

                              No. 12-md-02409-WGY



In Re:  NEXIUM (ESOMEPRAZOLE)
ANTITRUST LITIGATION




                       *********



                 For Hearing Before:
                Judge William G. Young


                  Afternoon Motion


                United States District Court
                District of Massachusetts (Boston)
                One Courthouse Way
                Boston, Massachusetts 02210
                Wednesday, October 29, 2014



                        *******



       REPORTER: RICHARD H. ROMANOW, RPR
              Official Court Reporter
            United States District Court
    One Courthouse Way, Room 5510, Boston, MA 02210
              bulldog@richromanow.com
```

```
 1                    A P P E A R A N C E S

 2

 3    BRUCE E. GERSTEIN, ESQ.
         Garwin Gerstein & Fisher, LLP
 4       1501 Broadway, Suite 1416
         New York, NY 10036
 5       Email: Bgerstein@garwingerstein.com
         For plaintiffs
 6

 7    JAMES D. BALDRIDGE, ESQ.
         Venable, LLP
 8       575 7th Street, N.W.
         Washington, DC 20004
 9       Email: Jdbaldridge@venable.com
         For Ranbaxy defendants
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          P R O C E E D I N G S
 2          (Begins, 3:30 p.m.)
 3          THE CLERK:  Now hearing 12mdl02409, In re Nexium.
 4          MR. BALDRIDGE:  Good afternoon, your Honor.
 5          THE COURT:  Good afternoon.
 6          You're resisting these subpoenas?
 7          MR. BALDRIDGE:  If I may explain, I think I can
 8   make that make sense to you.
 9          THE COURT:  No, I need an answer to my question.
10   You're resisting?
11          MR. BALDRIDGE:  One of them, yes.
12          THE COURT:  Oh, one of them.  Which one will you
13   bring?
14          MR. BALDRIDGE:  Ms. Fales is the one we're
15   resisting and -- and if I may be heard, your Honor?
16          THE COURT:  Help me out.
17          So Deshmukh we're going to get?
18          MR. BALDRIDGE:  Yes, sir.
19          THE COURT:  Excuse me.  Okay, Fales you're
20   resisting.
21          Why didn't you take Fales's deposition?
22          MR. GERSTEIN:  Judge, we had to make choices
23   during the discovery process and --
24          THE COURT:  Why should I protect you now?
25          MR. GERSTEIN:  Well, I think that Fales is a
```

1   critical witness as the case is developing and I think
2   it's important for the jury.
3           THE COURT: Yeah.  Fine.  Fine.  I'm not going to
4   require them to produce Fales.  There may well be a cost
5   to you though.
6           Now you understand with experts here, I'm getting
7   the bases for the experts' opinions first.  If she's
8   critical -- I rather think not, but if she's critical,
9   so no expert can base anything on anything that came
10  from Fales because we need what she has to say about
11  this matter.
12          Now, if Deshmukh can do it or other witnesses, um,
13  your experts can base what they have to say on that, but
14  not on Fales.
15          And you're okay with that, Mr. Baldridge?
16          MR. BALDRIDGE:  I totally understand and we have
17  no reliance upon Ms. Fales.
18          THE COURT:  Fine.  Deshmukh could be produced.
19  The motion to quash as to Fales is allowed.
20          All right.  We'll recess.
21          (Ends, 3:35 p.m.)

```
 1                    C E R T I F I C A T E
 2

 3

 4        I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER,
 5   do hereby certify that the foregoing record is a true
 6   and accurate transcription of my stenographic notes
 7   before Judge William G. Young, on Wednesday, October 29,
 8   2014, to the best of my skill and ability.
 9

10

11
     /s/ Richard H. Romanow 10-29-14
12   _____
     RICHARD H. ROMANOW   Date
13
```