```
 1                UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MASSACHUSETTS

 3                            No. 12-md-02409-WGY

 4

 5

 6
     In Re:  NEXIUM (ESOMEPRAZOLE)
 7   ANTITRUST LITIGATION

 8

 9

10

11                       *********

12

13            For Jury Trial Before:
              Judge William G. Young
14

15              SIDEBAR EXCERPT

16
              United States District Court
17            District of Massachusetts (Boston)
              One Courthouse Way
18            Boston, Massachusetts 02210
              Wednesday, November 12, 2014
19

20
                        *******
21

22
            REPORTER: RICHARD H. ROMANOW, RPR
23              Official Court Reporter
              United States District Court
24   One Courthouse Way, Room 5510, Boston, MA 02210
                  bulldog@richromanow.com
25
```

```
 1                     A P P E A R A N C E S

 2

 3   THOMAS M. SOBOL, ESQ.
        Hagens Berman Sobol Shapiro, LLP
 4      55 Cambridge Parkway, Suite 301
        Cambridge, MA 02142
 5      Email: Tom@hbsslaw.com
     and
 6   STEVE D. SHADOWEN, ESQ.
        Hilliard & Shadowen, LLC
 7      39 West Main Street
        Mechanicsburg, PA 17055
 8      Email: Steve@hilliardshadowenlaw.com
        For plaintiffs
 9
     LAURENCE A. SCHOEN, ESQ.
10      Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
        One Financial Center.
11      Boston, MA 02111
        Email: Laschoen@mintz.com
12   and
     KAREN N. WALKER, ESQ.
13   KEVIN VAN WART, ESQ.
        Kirkland & Ellis, LLP
14      655 Fifteenth Street, N.W., Suite 1200
        Washington, DC 20005
15      Email: Kwalker@kirkland.com
        For Teva defendants
16
     JOHN E. SCHMIDTLEIN, ESQ.
17   PAUL B. GAFFNEY, ESQ.
     DANE H. BUTSWINKAS, ESQ.
18      Williams & Connolly, LLP
        725 Twelfth Street, N.W.
19      Washington, DC 20005
        Email: Jschmidtlein@wc.com
20      For AstraZenca defendants

21   JAMES D. BALDRIDGE, ESQ.
        Venable, LLP
22      575 7th Street, N.W.
        Washington, DC 20004
23      Email: Jdbaldridge@venable.com
        For Ranbaxy defendants
24

25
```

1           (EXCERPT begins.)
2           AT THE SIDEBAR
3           MR. SOBOL:  It's simply a small but an important
4     distinction.  The last exhibit, Exhibit 138, is a
5     settlement position paper by Ranbaxy.  We agree
6     completely that so much of that position paper that
7     asserts positions regarding the merits of the case would
8     be limited.  However, there's a portion at the end of
9     the settlement which states Ranbaxy's position vis-vis
10    settlement and that should go in for the truth of the
11    matter asserted because it's a statement of a party
12    opponent regarding what its settlement position was.
13    It's a small distinction, but I think it's important.
14          THE COURT:  He's right, isn't it, it's an
15    admission?
16          MS. FOLEY:  Yes.
17          MR. BALDRIDGE:  Completely confusing though as to
18    what the nuance is between the settlement position.
19          THE COURT:  I can't help that.  I will so -- just
20    give me the specifics.  Just mark it out.  And I'll give
21    an appropriate instruction.
22          Again, to sort of save this, if you're going to
23    recall McGuire and I look forward to McGuire being
24    recalled, um, I'm not letting McGuire get into payments
25    from Ranbaxy.  The question -- the only question as to

```
 1    Ranbaxy is whether they knew that, um, from their deal
 2    with AstraZeneca, AstraZeneca was going to pay for delay
 3    as to everyone else?  In other words, did they know,
 4    when they first settled, that that was -- that
 5    AstraZeneca was going to buy out and pay for delay with
 6    respect to the others so that the jury could find that
 7    Ranbaxy conspired with AstraZeneca and Teva?  I'm not
 8    interested in payments.
 9         MR. SCHMIDTLEIN:  And he has no opinion on it.
10         THE COURT:  You just won that.
11         MR. SCHMIDTLEIN:  Yeah, I know.
12         (Laughter.)
13         Thank you, your Honor.
14         (EXCERPT ends.)
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E
 2
 3
 4        I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER,
 5   do hereby certify that the foregoing record is a true
 6   and accurate transcription of my stenographic notes
 7   before Judge William G. Young, of the aforementioned
 8   EXCERPT, on Wednesday, November 12, 2014, to the best of
 9   my skill and ability.
10
11
12   /s/ Richard H. Romanow 11-12-14
     _____
13   RICHARD H. ROMANOW  Date
14
15
16
17
18
19
20
21
22
23
24
25
```