UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEXIUM (ESOMEPRAZOLE) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL END-PAYOR ACTIONS | MDL No. 2409<br><br>Civil Action No.: 1:12-md-2409-WGY |

**END-PAYOR CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT WITH TEVA AND APPROVAL OF NOTICE PLAN FOR THE TEVA AND DRL SETTLEMENTS**

United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund; Allied Services Division Welfare Fund; Fraternal Order of Police Miami Lodge 20, Insurance Trust Fund; New York Hotel Trades Council & Hotel Assoc. of New York City, Inc. Health Benefits Fund; Laborers International Union of North America Local 35 Health Care Fund; International Brotherhood of Electrical Workers Local 595 Health and Welfare Fund; Laborers International Union of North America Local 17 Health Care Fund; International Union of Machinists and Aerospace Workers District No. 15 Health Fund; Michigan Regional Council of Carpenters Employee Benefits Fund; and A.F. of L. – A.G.C. Building Trades Welfare Plan ("End-Payor Class Plaintiffs"), on behalf of themselves and the certified End-Payor Class (collectively "End-Payor Class"), pursuant to Federal Rule of Civil Procedure 23(e), respectfully move for entry of an order granting preliminary approval of the proposed settlement with defendants Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceutical Industries USA, Inc. (the "Teva Settlement").

End-Payor Class Plaintiffs also respectfully request approval of their proposed plan to distribute notice to the End-Payor Class of the Teva Settlement and End-Payor Class Plaintiffs' prior settlement with defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (the "DRL Settlement").

In support of this motion, End-Payor Class Plaintiffs submit: (1) a Memorandum of Law in Support of End-Payor Class Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement with Teva and Approval of Notice Plan for the Teva and DRL Settlements, with accompanying proposed approval orders; and (2) the Declaration of Kenneth A. Wexler in Support of End-Payor Class Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement with Teva and Approval of Notice Plan for the Teva and DRL Settlements.

## Certification Under Local Rule 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certify that counsel for Teva does not oppose the motion. Counsel for End-Payor Class Plaintiffs further certify that they have met and conferred with DRL regarding the motion and that DRL apparently opposes the proposed schedule. End-Payor Plaintiffs have separately addressed DRL's scheduling concerns in response to DRL's Motion to Set a Schedule for Approval of its Settlement Agreements. ECF No. 1503.

Dated: April 2, 2015                                    Respectfully submitted,

/s/ Glen DeValerio
Glen DeValerio (BBO #122010)
BERMAN DeVALERIO
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
gdevalerio@bermandevalerio.com

*Liaison Counsel for the*
*End-Payor Class*

Steve D. Shadowen
HILLIARD & SHADOWEN LLP
39 West Main Street
Mechanicsburg, PA 17055
Tel: (855) 344-3298
steve@hilliardshadowenlaw.com

Anne Fornecker
HILLIARD & SHADOWEN LLP
919 Congress Ave., Suite 1325
Austin, TX 78701
Tel: (512) 322-5339
anne@hilliardshadowenlaw.com

Jayne A. Goldstein
POMERANTZ LLP
1792 Bell Tower Lane
Suite 203
Weston, FL 33326
Tel: 954-315-3454
Fax: 954-315-3455
jagoldstein@pomlaw.com

Kenneth A. Wexler
Bethany R. Turke
Justin N. Boley
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wexlerwallace.com
brt@wexlerwallace.com
jnb@wexlerwallace.com

J. Douglas Richards
Sharon K. Robertson
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Tel: (212) 838-7797

Fax: (212) 838-7745
drichards@cohenmilstein.com
srobertson@cohenmilstein.com

*Co-Lead Counsel for the End-Payor Class*

**CERTIFICATE OF SERVICE**

I, Glen DeValerio, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 2, 2015.

/s/ *Glen DeValerio*
Glen DeValerio