# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEXIUM (ESOMEPRAZOLE) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Direct Purchaser Class Actions | MDL No. 2409<br><br>Civil Action No. 1:12-md-02409-WGY |

**DIRECT PURCHASER CLASS PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT WITH TEVA PHARMACEUTICAL INDUSTRIES LTD. AND TEVA PHARMACEUTICALS USA, INC., APPROVAL OF PROPOSED NOTICE PROGRAM AND FORM OF NOTICE, AND SCHEDULING <u>A HEARING FOR FINAL APPROVAL OF THE SETTLEMENT</u>**

For the reasons set forth in the accompanying memorandum of law, the Declaration of Bruce E. Gerstein, Esq., and the Declaration of Rebecca A. Blake of Rust Consulting, Inc., the Direct Purchaser Class Plaintiffs, on behalf of the Direct Purchaser Class, respectfully move this Court to grant preliminary approval of the Direct Purchaser Class Settlement with Teva; approve the form and manner of the notice to the Direct Purchaser Class; appoint Berdon LLP as escrow agent; and set the final settlement schedule, including a date for the Fairness Hearing. This motion is unopposed. A proposed order granting these requests accompanies this Motion.

Dated: April 2, 2015

<u>/s/ Bruce E. Gerstein</u>
Bruce E. Gerstein
Joseph Opper
Elena K. Chan
Ephraim R. Gerstein
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
bgerstein@garwingerstein.com
jopper@garwingerstein.com

1

echan@garwingerstein.com
egerstein@garwingerstein.com

*Co-lead Counsel for the Direct
Purchaser Class*

Thomas M. Sobol, BBO No. 471770
David S. Nalven, BBO No. 547220
Donna M. Evans, BBO No. 554613
Kristen A. Johnson, BBO No. 667261
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel:  (617) 482-3700
Fax:  (617) 482-3003
tom@hbsslaw.com
davidn@hbsslaw.com
donnae@hbsslaw.com
kristenp@hbsslaw.com

*Liaison Counsel and Co-lead Counsel for the
Direct Purchaser Class*

David F. Sorensen
Ellen Noteware
Daniel Simons
Caitlin G. Coslett
Nicholas Urban
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604
dsorensen@bm.net
enoteware@bm.net
dsimons@bm.net
ccoslett@bm.net

*Co-lead Counsel for the Direct Purchaser
Class*

**CERTIFICATE OF SERVICE**

I, Bruce E. Gerstein, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: April 2, 2015

**/s/ Bruce E. Gerstein**
Bruce E. Gerstein