UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEXIUM (ESOMEPRAZOLE) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Direct Purchaser Class Actions | MDL No. 2409<br><br>Civil Action No. 1:12-md-02409-WGY |

**DIRECT PURCHASER CLASS PLAINTIFFS' UNOPPOSED MOTION
FOR ENTRY OF AN ORDER GRANTING FINAL APPROVAL
OF SETTLEMENT WITH TEVA PHARMACEUTICAL
INDUSTRIES LTD. AND TEVA PHARMACEUTICALS USA, INC. ("TEVA")**

Direct Purchaser Class Plaintiffs American Sales Company, LLC, Meijer, Inc. and Meijer Distribution, Inc., Value Drug Company, Burlington Drug Company Inc., Rochester Drug Co-Operative, Inc., on behalf of themselves and the certified Direct Purchaser Class in *In re Nexium (Esomeprazole) Antitrust Litigation*, Civil Action No. 1:12-md-2409-WGY (D. Mass.) (collectively "Direct Purchaser Class"), respectfully move this Court for an order granting final approval of the settlement between the Direct Purchaser Class and Teva pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. This motion is unopposed. A proposed order granting these requests accompanies this Motion.

Dated: September 9, 2015

/s/ Bruce E. Gerstein
Bruce E. Gerstein
Joseph Opper
Elena K. Chan
Ephraim R. Gerstein
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
bgerstein@garwingerstein.com
jopper@garwingerstein.com
echan@garwingerstein.com

egerstein@garwingerstein.com

*Co-lead Counsel for the Direct Purchaser Class*

Thomas M. Sobol, BBO No. 471770
David S. Nalven, BBO No. 547220
Donna M. Evans, BBO No. 554613
Kristen A. Johnson, BBO No. 667261
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel:  (617) 482-3700
Fax:  (617) 482-3003
tom@hbsslaw.com
davidn@hbsslaw.com
donnae@hbsslaw.com
kristenp@hbsslaw.com

*Liaison Counsel and Co-lead Counsel for the Direct Purchaser Class*

David F. Sorensen
Ellen Noteware
Daniel Simons
Caitlin G. Coslett
Nicholas Urban
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604
dsorensen@bm.net
enoteware@bm.net
dsimons@bm.net
ccoslett@bm.net

*Co-lead Counsel for the Direct Purchaser Class*

**CERTIFICATE OF SERVICE**

    I, Bruce E. Gerstein, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated: September 9, 2015            **/s/ Bruce E. Gerstein**
                                                     Bruce E. Gerstein