# EXHIBIT 15-A



| | | DATE: | 9/10/15 |
|---|---|---|---|
| | | MATTER #: | 417100 |

**STATEMENT OF ACCOUNT**

*In re Nexium (Esomeprazole) Antitrust Litigation*

# Total Current Invoice $ 717.29

OUTSTANDING INVOICES:

| Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 2/14/15 | 15-084 | 411.35 | (334.46) | 76.89 |
| 3/20/15 | 15-383 | 936.41 | | 936.41 |
| 6/15/15 | 15-975 | 261.50 | | 261.50 |
| 7/15/15 | 15-5199 | 1,854.14 | | 1,854.14 |
| 8/13/15 | 15-5428 | 597.57 | | 597.57 |

PREVIOUS BALANCE DUE $ 3,726.51

# Total Amount Due $ 4,443.80

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT MAILING ADDRESS:**
P O BOX 142589
DRAWER #9051
Irving, TX  75014-2589

# BERDON CLAIMS ADMINISTRATION LLC ™

*A wholly-owned affiliate of Berdon LLP*

August 31, 2015

Garwin Gerstein & Fisher LLP
88 Pine Street – 10th Floor
New York, NY 10005

Attn: Elena Chan

    Re: Nexium Antitrust Litigation

*For Professional Services Rendered*:

Annual escrow fee as per letter agreement dated April 1, 2015
   in connection with the above referenced matter……………………………….$1,500.00